UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN GEOSEARCH, INC.,

                                    Case No. 2:20-cv-12600

        Plaintiff,

                                    HONORABLE STEPHEN J. MURPHY, III

v.

TC ENERGY, INC.,

        Defendant.

_____/

## ORDER TO SHOW CAUSE

On September 22, 2020, Plaintiff filed the complaint. ECF 1. Plaintiff was required to serve Defendant by December 21, 2020. *See* Fed. R. Civ. P. 4(m). There is no evidence on the docket that Plaintiff has served Defendant. The Court will therefore order Plaintiff to show cause why the Court should not dismiss the case without prejudice for failure to timely serve Defendant.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff must **SHOW CAUSE** in writing no later than **January 4, 2021** why the Court should not dismiss the case for failure to timely serve. Failure to show cause will result in the case's dismissal without prejudice.

        **SO ORDERED.**

                                      s/ Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: December 23, 2020

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 23, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
