# INDEX OF EXHIBITS

**Exhibit 1**: Waiver-of-Service Request Forms (Forms AO 398 and AO 399) sent to Defendant's General Counsel and "Executive Vice-President, Stakeholder Relations" by Federal Express on October 6, 2020.

**Exhibit 2:** Federal Express Confirmation forms showing the Waiver-of-Service Forms at Exhibit 1 successfully delivered to Defendant on October 7, 2020.

**Exhibit 3:** Declaration of Matthew Prebeg in Support.

**Exhibit 4:** Declaration of Brent Caldwell in Support.

**Exhibit 5:** Proposed Order