# Exhibit 2

**IMPORTANT!**
**FedEx is closely monitoring the Wildfires in the Northwest.** Learn More



771719245857   

# Delivered
## Wednesday 10/07/2020 at 8:59 am



**DELIVERED**
Signed for by: R.MARJUN

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| HOUSTON, TX US | CALGARY, AB CA |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 771719245857 | FedEx International First | 0.1 lbs / 0.05 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Receptionist/Front Desk | 1 | 0.1 lbs / 0.05 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | Michigan Geosearch 2012.001 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday | 10/07/2020 by 10:00 am | Tue 10/06/2020 |

**ACTUAL DELIVERY**
Wed 10/07/2020 8:59 am

## Travel History

Local Scan Time 

| Wednesday , 10/07/2020 | | | |
|---|---|---|---|
| 8:59 am | CALGARY, AB | De ivered | |
| 7:36 am | CALGARY, AB | At local FedEx faci ity | |
| 7:36 am | CALGARY, AB | On FedEx vehicle for delivery | |
| 7:02 am | CALGARY, AB | At destination sort facility | |

| 4:27 am | MEMPHIS, TN | Departed FedEx location |
|---|---|---|
| Tuesday , 10/06/2020 | | |
| 11:25 pm | MEMPHIS, TN | Arrived at FedEx location |
| 8:15 pm | HOUSTON, TX | Left FedEx origin facility |
| 6:24 pm | HOUSTON, TX | Picked up |
| 10:48 am | | Shipment information sent to FedEx |

| | |
|---|---|
| **From:** | Beth Brown |
| **To:** | Matthew Prebeg |
| **Subject:** | FW: FedEx Shipment 771719245857: Your package has been delivered |
| **Date:** | Wednesday, October 7, 2020 10:13:25 AM |

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Wednesday, October 07, 2020 10:06 AM
**To:** Beth Brown <bbrown@PFALAWFIRM.COM>
**Subject:** FedEx Shipment 771719245857: Your package has been delivered



# Hi. Your package was delivered Wed, 10/07/2020 at 8:59am.

Delivered to 111 5 AVE SW AVE SW T2, CALGARY, AB T2P5H1
Received by R.MARJUN

**OBTAIN PROOF OF DELIVERY**

TRACKING NUMBER    771719245857

| | |
|---|---|
| FROM | MATTHEW PREBEG<br>8441 GULF FREEWAY<br>SUITE 307<br>HOUSTON, TX, US, 77017 |
| TO | PATRICK KEYS<br>450 - 1 STREET SW<br>CALGARY, AB, CA, T2P5H1 |
| REFERENCE | Michigan Geosearch 2012.001 |
| SHIPPER REFERENCE | Michigan Geosearch 2012.001 |
| SHIP DATE | Tue 10/06/2020 06:24 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | HOUSTON, TX, US, 77017 |
| DESTINATION | CALGARY, AB, CA, T2P5H1 |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.10 LB |
| SERVICE TYPE | FedEx International First |

Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

FOLLOW FEDEX

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:06 AM CDT 10/07/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.