UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Civil Action No. 20-CV-12600-SJM-APP

MICHIGAN GEOSEARCH, INC., a Michigan corporation,

    Plaintiff,

vs.

TC ENERGY, INC., a Canadian corporation,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING REQUEST TO DEEM SERVICE OF DEFENDANT ON 23 DECEMBER 2020 VALID AND COMPLETE UNDER FED. R. CIV. P. 4**

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C.<br>Andrew Kochanowski (P55117)<br>Attorneys for Plaintiffs<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>akochanowski@sommerspc.com | PREBEG, FAUCETT & ABBOTT, PLLC<br>Matthew J.M. Prebeg<br>(TX State Bar No: 00791465)<br>Attorneys for Plaintiffs<br>8441 Gulf Freeway, Suite 307<br>Houston, TX 77017<br>(832) 743-9260<br>mprebeg@pfalawfirm.com |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST
TO DEEM PLAINTIFF'S SERVICE OF DEFENDANT ON 23 DECEMBER 2020
<u>VALID AND COMPLETE UNDER FED. R. CIV. P. 4</u>**

    This Court issued an Order to Show Cause (ECF 5) on December 23, 2020, asking Plaintiff to submit a written explanation by January 4, 2021 of why Plaintiff had failed to effect service of process on Defendant, TC Energy, Inc. pursuant to Fed. R. Civ. P. 4(m) by December 21, 2020.

    On Thursday, December 31, 2020, Plaintiff filed an affidavit of service (ECF 6) showing

service on Defendant at Defendant's corporate headquarters in Calgary, Canada, on December 23, 2020. Plaintiff also filed a written Response to this Court's Order to Show Cause (ECF 7) ("Plaintiff's Report"), with supporting declarations and exhibits thereto, demonstrating Plaintiff's diligence in serving Defendant.

This Court has now reviewed Plaintiff's Report and the other pleadings and records on file and deems itself fully advised.

The Court therefore ORDERS that Plaintiff properly and timely served Defendant TC Energy, Inc. on December 23, 2020.

ENTERED this \_\_\_\_ Day of _____, 20_____.

_____
U.S. DISTRICT JUDGE