UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN GEOSEARCH, INC.,

        Plaintiff,

v.

TC ENERGY, INC.,

        Defendant.
                                    /

Case No. 2:20-cv-12600

HONORABLE STEPHEN J. MURPHY, III

## ORDER SETTING ASIDE SHOW CAUSE ORDER [5]

On December 23, 2020, the Court ordered Plaintiff to show cause why the Court should not dismiss the case without prejudice for failure to timely serve Defendant. ECF 5. On the same day, Plaintiff served Defendant. ECF 6. Plaintiff then submitted a timely response—albeit as a motion—to the Court's show cause order. ECF 7. Because Defendant has been served, the Court will set aside the show cause order.

**WHEREFORE**, it is hereby **ORDERED** that the show cause order [5] is **SET ASIDE**.

**IT IS FURTHER ORDERED** that the motion [7] is **DENIED** as moot.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: January 5, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
