UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan GeoSearch, Inc.

          Plaintiff(s),

v.

TC Energy, Inc.

          Defendant(s).
_____/

Case No. 2:20-cv-12600

Judge Stephen J. Murphy, III

Magistrate Judge Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, TC Energy Corporation (erroneously sued as "TC Energy, Inc."

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: TC Energy Corporation
   Nature of Financial Interest: proper name of named defendant

Date: January 12, 2021

Scott A. Storey

P30232
Foster Swift Collins & Smith PC
333 West Fort Street
Detroit, MI 48226
517-371-8150
sstorey@fosterswift.com