UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN GEOSEARCH, INC., | Civil Action No. 4:20-cv-12600-SDK-APP |
| Plaintiff | |
| , v. | Judge Shalina D. Kumar |
| TC ENERGY CORPORATION, | Magistrate Judge Anthony P. Patti |
| Defendant. | |

## INDEX OF EXHIBITS

Exhibit A    Transcript of February 17, 2022 Deposition of Stephen Nowaczewski

Exhibit B    Transcript of February 25, 2022 of Deposition of Thomas Fodor (Filed Under Seal)

Exhibit B    Continuation – Transcript of March 8, 2022 Deposition of Thomas Fodor

Exhibit C    Transcript of February 23, 2022 Deposition of Richard Gentges

Exhibit D    Transcript of June 22, 2022 Deposition of William E. Roach, P.E.

Exhibit E    Transcript of April 13, 2022 Deposition of Susan Burla

Exhibit F    Declaration of Thomas Fodor

001    1975 Transcript of Testimony of Jack Elenbaas before the Federal Power Commission

002    Study of Non-Effective Gas in Twenty American Natural Storage Reservoirs by Dr. Donald L. Katz (Filed Under Seal)

| | |
|---|---|
| 003 | Letter from Donald L. Katz to Mr. O.B. Weideman at Michigan Consolidated Gas dated January 2, 1980 (Filed Under Seal) |
| 004 | Inter-Correspondence from Mr. W.J. Haener to W.R. Clark and D.J. Dowhan re Response to Dr. Katz's Letter of January 2, 1980 dated June 23, 1980 (Filed Under Seal) |
| 005 | Inter-Correspondence to M. B. Weideman from J.A. Ferrara re Analysis of Possible Gas Migration to Pilat #1-24 Well from Muttonville Field per D. Katz's Request dated November 12, 2980 (Filed Under Seal) |
| 008 | January 12, 1995 Report to R.J. Gentges from S.F. Nowaczewski re Muttonville Area Geology as Related to the Lenox 24 (Pilat) Field (Filed Under Seal) |
| 009 | Inter-Corporate Correspondence dated February 22, 1995 to J.D. Kobasa from R.J. Gentges re Michigan Geosearch Incorporated Pilate 1-24 Well (Filed Under Seal) |
| 010 | Inter-Corporate Correspondence dated July 3, 1996 to R.J. Gentges from C.A. Penabaker re Pilat 1-214 Well Summary (Filed Under Seal) |
| 011 | Letter dated November 25, 1997 from Jack R. Elenbaas to Richard J. Gentges re Response to Review on November 5 and 6, 1997 of the 1996-1997 Storage Inventory Report for the ANR Pipeline Company (Filed Under Seal) |
| 012 | Letter dated December 30, 1998 from Jack R. Elenbaas to Richard J. Gentges re Response to Review on December 2, 3, and 4, 1998 of the 1997-98 Storage Inventory Report for the ANR Pipeline Company, ANR Storage Company, and Mid Michigan Gas Storage Company Storage Fields (Filed Under Seal) |
| 015 | November 3, 1998 Letter from Stephen Nowaczewski to Walter Dowdle re Muttonville Inventory Analysis – Attaching Tables and Graphs re Pilat #1-24 (Filed Under Seal) |

| | |
|---|---|
| 016 | November 5, 1998 Letter from Richard Gentges to Hal Fitch, State Geologist & Assistant Supervisor of Wells re Michigan Geosearch Inc. Pilate 1-24 Well |
| 017 | December 20, 2002 Letter from Jack Elenbaas to Richard Gentges re Response to Review on November 12 1nd 13, 2002 of the 2001-02 Storage Inventory Report for the ANR Pipeline Company, ANR Storage Company, and Mid Michigan Gas Storage Company Storage Fields (Filed Under Seal) |
| 020 | 2003 Storage and Production Field Inventory Audit – Underground Gas and Production Fields Owned, Leased and Operated by ANR Pipeline Company Prepared by Dowdle & Associates for ANR Pipeline Company (Filed Under Seal) |
| 021 | E-Mail dated May 6, 2003 from Stephen Nowaczewski to Richard Gentges re Muttonville Inventory (Filed Under Seal) |
| 027 | 2012 Storage Field Inventory Audit – Underground Gas Storage Fields Owned by ANR Pipeline Company Prepared by Dowdle & Associates for ANR Pipeline Company (Filed Under Seal) |
| 030 | Undated Muttonville Executive Summary (Filed Under Seal) |
| 033 | Letter to Federal Energy Regulatory Commission FERC Hotline Matter – TF-2000-253 |
| 040 | Memo from Richard Gentges to Belinda Friis re Michigan Geosearch Pilat dated June 22, 1999 |
| 044 | Inter-Corporate Correspondence to R.J. Gentges from C.A. Penebaker dated June 15, 1995 (Filed Under Seal) |
| 046 | Fax from Rick Gentges to Mark Nida dated March 26, 1999 |

047        Inter-Corporate Correspondence to J.D. Kobasa from R.J. Gentges dated January 26, 1995 (Filed Under Seal)