# EXHIBIT A
# PART 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN


MICHIGAN GEOSEARCH, INC.,

a Michigan corporation,

                Plaintiff,

    vs.                 Case No. 2:20-cv-12600-SJM-APP

                      Hon. Stephen J. Murphy, III

TC ENERGY, INC.,        Mag. Judge Anthony P. Patti

a Canadian Corporation,

                Defendant.

_____/


      The Videotaped Deposition of STEPHEN NOWACZEWSKI,

      Taken at 1275 South Huron Street,

      Ypsilanti, Michigan,

      Commencing at 10:08 a.m.,

      Thursday, February 17, 2022,

      Before Cheri L. Poplin, CSR-5132, RPR, CRR.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 2

1 APPEARANCES:
2
3       FOR PLAINTIFF:
4           ANTHONY KOCHANOWSKI
            Sommers Schwartz, PC
            One Towne Square
5           Suite 1700
            Southfield, Michigan 48076
6           248.355.0300
            akochanowski@sommerspc.com
7
8           AMY L. MARINO (present remotely)
            Marino Law, PLLC
            18977 West Ten Mile Road
9           Suite 100E
            Southfield, Michigan 48075
10          248.281.2206
            Amy@Marinopllc.com
11
12          MATTHEW JOHN PREBEG (present remotely)
            Bayko, Prebeg, Faucett & Abbott, PLLC
            8441 Gulf Freeway
13          Suite 307
            Houston, Texas 77017
14          832.742.9263
            mprebeg@bpfalawfirm.com
15
16      FOR DEFENDANT:
17          PAUL K. STOCKMAN
            Kazmarek Mowrey Cloud Laseter, LLP
18          One PPG Place
            Suite 3100
19          Pittsburgh, Pennsylvania 15222
            404.333.0752
20          pstockman@kmcllaw.com
21
    ALSO PRESENT:
22
        Tim Fodor
23      John Orr, Video Technician
24
25

Page 3

1               TABLE OF CONTENTS
2
3 WITNESS                                        PAGE
4 STEPHEN NOWACZEWSKI
5
6 EXAMINATION BY MR. KOCHANOWSKI                    6
7
8               EXHIBITS
9
10 EXHIBIT                                        PAGE
11 (Exhibits attached to transcript.)
12 EXHIBIT 1                                        23
13 EXHIBIT 2                                        34
14 EXHIBIT 3                                        53
15 EXHIBIT 4                                        63
16 EXHIBIT 5                                        69
17 EXHIBIT 6                                        80
18 EXHIBIT 7                                        84
19 EXHIBIT 8                                        91
20 EXHIBIT 9                                        97
21 EXHIBIT 10                                      108
22 EXHIBIT 11                                      116
23 EXHIBIT 12                                      126
24 EXHIBIT 13                                      138
25 EXHIBIT 14                                      147

Page 4

1 EXHIBIT 15                                      148
2 EXHIBIT 16                                      150
3 EXHIBIT 17                                      155
4 EXHIBIT 18                                      167
5 EXHIBIT 19                                      172
6 EXHIBIT 20                                      177
7 EXHIBIT 21                                      182
8 EXHIBIT 22                                      187
9 EXHIBIT 23                                      190
10 EXHIBIT 24                                     193
11 EXHIBIT 25                                     195
12 EXHIBIT 26                                     199
13 EXHIBIT 27                                     207
14 EXHIBIT 28                                     216
15 EXHIBIT 29                                     216
16 EXHIBIT 30                                     219
17
18
19
20
21
22
23
24
25

Page 5

1 Ypsilanti, Michigan
2 Thursday, February 17, 2022
3 10:08 a.m.
4
5           VIDEO TECHNICIAN:  We are on the record at
6       10:08 a.m. on February 17th, 2022.  Audio and video
7       recording will continue to take place until all
8       parties agree to go off the record.  Please note that
9       microphones are sensitive and may pick up whispering
10      and private conversations.  This is the video recorded
11      proceeding of Steve Nowaczewski being taken by counsel
12      for plaintiff in the matter of Michigan Geosearch,
13      Incorporated, versus TC Energy Corporation filed in
14      the United States District Court for the Eastern
15      District of Michigan.
16          This proceeding is being held at the
17      Marriott Ypsilanti located at 1275 South Huron Street
18      in Ypsilanti, Michigan.
19          My name is John Orr.  I am the videographer
20      on behalf of US Legal Support located at 28411
21      Northwestern Highway, Suite 1100, in Southfield,
22      Michigan.  I am not related to any party in this
23      action nor am I financially interested in the outcome.
24      The court reporter today is Cheri Poplin also on
25      behalf of US Legal Support.

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 6

1   Counsel will please state their appearances
2   for the record, after which the court reporter will
3   enter the statement for -- will swear in the witness.
4       MR. KOCHANOWSKI:  Good morning, everyone.
5   My name is Andrew Kochanowski.  I'm here on behalf of
6   the plaintiffs.  Joining by Zoom are my co-counsel,
7   Amy Marino and Matthew Prebeg.
8       MR. STOCKMAN:  Good morning.  I'm Paul
9   Stockman, counsel for the defendant.
10      STEPHEN NOWACZEWSKI,
11  was thereupon called as a witness herein, and after
12  having first been duly sworn to testify to the truth,
13  the whole truth and nothing but the truth, was
14  examined and testified as follows:
15      EXAMINATION
16  BY MR. KOCHANOWSKI:
17  Q.  Good morning, Mr. Nowaczewski.  My name is Andrew
18      Kochanowski.  I represent the plaintiff in this case.
19          You understand that you are under oath here
20      today?
21  A.  Yes.
22  Q.  All right.  Have you ever given a deposition before?
23  A.  Yes.
24  Q.  How many times?
25  A.  I don't know the exact number.  I would say in the

Page 7

1   neighborhood of maybe half a dozen.
2   Q.  Okay.
3   A.  Give or take.
4   Q.  Were any of them in connection with your -- with your
5       former work for the defendant here, TC Energy, or its
6       predecessor?
7   A.  Yes.
8   Q.  Okay.  Were any of them personal -- for personal
9       matters you may have, which I have no interest in at
10      all, or were all your other deposition experiences
11      work-related?
12  A.  They were all work-related.
13  Q.  Okay.  Do you recall when the last time it is that you
14      had a deposition?
15  A.  Certainly in 2013.  If there was one after that, I
16      don't recall.  I did give depositions and appeared in
17      administrative trials in both Canada and the United
18      States in 2013 on behalf of the company.
19  Q.  And in general, what kind of proceeding was that?
20      What was the proceeding about?
21  A.  Which one?
22  Q.  The one in 2013.
23  A.  In the United States?
24  Q.  Well, were they different in the U.S. and Canada?
25  A.  Yes.

Page 8

1   Q.  Okay.
2   A.  Different issues.
3   Q.  What was the one in the United States?
4   A.  It was a FERC administrative judicial proceeding with
5       regard to market-based rates for ANR Storage Company,
6       one of the entities of TransCanada at the time.
7   Q.  And can you tell the judge and jury what FERC stands
8       for?
9   A.  Federal Energy Regulatory Commission.
10  Q.  How long did you work for TC Energy and/or its
11      predecessors?
12  A.  I joined I think the day after Labor Day in 1981
13      Michigan-Wisconsin Pipe Line Company at the time and
14      through a series of mergers and sales ended towards
15      the end of 2018 under TransCanada USA Services.  So
16      that would be 37 years.
17  Q.  Okay.  And is the -- is it fair to say this job has
18      been either your exclusive or primary job in your
19      career?
20  A.  To the point of retirement, yes, it was the exclusive
21      job in my career.
22  Q.  Okay.  Take us back just a little bit.  When --
23  A.  Well, I had worked for the U.S. Army Corps of
24      Engineers right out of college, so that was a
25      professional job out of college.

Page 9

1   Q.  Sure.
2   A.  I worked there for about 16 months before taking the
3       job at the pipeline company, so I wanted to clarify
4       that.
5   Q.  Sure.  So you joined in '81.  When did you -- when did
6       you get out of college?
7   A.  May of 1980.
8   Q.  What did you get a degree in and where?  Where from?
9   A.  I have a Bachelor of Science with distinction in
10      geology from the University of Michigan Ann Arbor.
11  Q.  So out of U of M you went to the army and then from
12      the army you went to Michigan-Wisconsin Pipe Line
13      Company; correct?
14  A.  Well, the U.S. Army Corps of Engineers.  I was a
15      civilian working with the U.S. Army Corps of
16      Engineers.
17  Q.  Sure.
18  A.  Yes.  But that sequence is correct.  I went
19      immediately from the U.S. Army Corps of Engineers to
20      Michigan-Wisconsin Pipe Line Company with no break.
21  Q.  Did you get any advanced degrees while working for
22      let's call it Michigan-Wisconsin Pipe Line for a
23      while?  Did you get any advanced degrees post your BS
24      in geology while working for the company?
25  A.  No.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 10

```
 1 Q.  Did you take any courses, any -- obtain any
 2      certificates in any discipline in any field while
 3      working for the company?
 4 A.  I took many additional courses.  I did take some
 5      university courses at the University of Michigan which
 6      were graduate level courses, just two -- one or two
 7      that I recall.  One at Eastern Michigan University
 8      actually was another one.  And then industry courses,
 9      I had many industry courses, oil and gas training,
10      training specific to pressure transient analysis,
11      reservoir engineering, reservoir simulation, things of
12      that nature, and I also joined professional societies,
13      the American Association of Petroleum Geologists, of
14      which I'm still a member, and the Society of Petroleum
15      Engineers, of which I am a lifetime member.
16 Q.  Okay.  Did you ever give what is known as expert
17      opinion or expert testimony on behalf of TCE or its
18      predecessors?
19 A.  Yes.
20 Q.  Okay.  And what -- what kind of proceeding did you --
21      did you give that testimony in?
22 A.  So the aforementioned ANR Storage rate case, my -- the
23      subject of my testimony was technical in nature in --
24      so that was the most recent one.  I mentioned the case
25      in Canada?  We had a case -- a hearing in front of the
```

Page 11

```
 1      Alberta Energy Regulatory Board that revolved around
 2      some issues with the Crossfield Gas Storage Field,
 3      which was just north of Alberta.  Again, my testimony
 4      was as a technical witness with respect to geologic
 5      and engineering evidence in the reservoir and its
 6      relation to the nature of the case.
 7 Q.  Do you believe that you are offering expert testimony
 8      on behalf of TC Energy here in this case?
 9 A.  I believe that's what I've been asked to do.
10 Q.  You've been asked to prepare what is known as a
11      Rule 26 report?
12 A.  No.  I have not been asked to prepare any reports.
13 Q.  Okay.  But you're giving -- you're here as a witness
14      to certain proceedings or certain events that took
15      place during your employment.  Do you understand that?
16 A.  As I understand it, yes.
17 Q.  Okay.
18         MR. STOCKMAN:  Mr. Nowaczewski is a
19      percipient witness rather than a Rule 703 witness.
20 BY MR. KOCHANOWSKI:
21 Q.  Prior to coming here today, did you review any
22      documents?
23 A.  Yes.
24 Q.  What kind of documents did you review?
25 A.  There were many documents I reviewed with counsel just
```

Page 12

```
 1      yesterday.
 2 Q.  Okay.
 3 A.  And that was the first time that I reviewed anything
 4      relative to this case.
 5 Q.  Okay.  Is there anything in particular you recall
 6      reviewing?
 7 A.  There were some historical documents going all the way
 8      back to the say late 1970s, early 1980s, some email
 9      transcripts, some internal reports, reports by others
10      or documents produced by others.
11 Q.  Okay.  Did you examine any reports produced by a
12      company called Isotech?
13 A.  There was one gas sample produced by Isotech.  It was
14      a -- something that had occurred in the 1990s I think.
15 Q.  Okay.  So you were given a report or you were given --
16      or were you given the actual sample?
17 A.  My recollection is that it was a cover letter by a
18      Dennis Coleman with a sample or set of sample analyses
19      from that roughly mid 1990s period.  I don't remember
20      the precise date.
21 Q.  Okay.  Any other reports by Isotech or evidence by
22      Isotech that you recall reviewing before appearing
23      here today?
24 A.  I do not recall seeing any other Isotech reports.  I
25      reviewed discussions of getting Isotech samples during
```

Page 13

```
 1      the mid to late first decade of the 2000s, and then
 2      into the decade while I was there, somewhere, you
 3      know, between 2010 to 2018, we had some discussions
 4      about getting Isotech samples, but I did not see any
 5      reports during that time period.
 6 Q.  Fair enough.  Take us through just briefly your job
 7      history when you started out as a young -- young
 8      engineer.  What were your assignments?  What was your
 9      first position?  What were your assignments?
10 A.  With the pipeline company?
11 Q.  With pipeline, yeah.
12 A.  So I was hired as an entry-level geologist.  Again, my
13      degree is in geology, so I was hired as a geologist,
14      and my first responsibility, our director at the time
15      was a geologist, so he had an interest in regional
16      mapping, to bring the regional maps of the Stray
17      sandstone up-to-date.  That was the specific task.
18      The company, ANR, the ANR system, Michigan-Wisconsin
19      Pipe Line Company at the time, had many storage fields
20      in Michigan that were situated in the Michigan Stray
21      sandstone, so his interest was in regional mapping and
22      so I -- this was old school, you know, 1981, so we
23      reviewed scout tickets, logs, and did mapping by hand,
24      and that's what I did, and so over the course of that
25      number of months, the first number of months, I
```

Page 14

1    produced regional maps, proceeded to map the Dundee
2    formation at my director's request, and after about
3    probably a year or so, because I have a good math
4    background, began to express an interest in doing some
5    reservoir engineering and so progressively worked into
6    having some responsibilities to assist reservoir
7    engineers at some of the storage calculations and then
8    somewhere in the early 1980s was actually given
9    reservoir engineering responsibilities for certain of
10   the Michigan-Wisconsin Pipe Line Company reservoirs
11   and so did that for a number of years whilst
12   progressing in grade to staff geologist, senior
13   geologist, eventually to principal geologist in the
14   early 1990s, as I recall, and so my duties included --
15   continued to include geological services, you know,
16   mapping, updating maps, looking at logs, doing log
17   analysis, well site geology, so when we would drill
18   wells did well preparations and the actual onsite
19   geological services, but also reservoir engineering
20   duties, which expanded to include reservoir simulation
21   work, so I was party to and principal of leading some
22   reservoir simulation activities and did that through
23   the late '80s and 1990s.
24              At some point I was promoted to manager.
25   That may have been -- I don't recall, you know,

Page 15

1    exactly when that was.  It might have been somewhere
2    around 1996 or so.  There were some internal
3    reorganizations, and by 1998, I think, the operating
4    entities of ANR Storage Company and ANR Pipeline
5    Company had combined, and I was manager over a
6    combined group for the ANR Storage and ANR Pipeline by
7    1998.
8  Q.   Let me just stop you right there because we're using
9    some terms I'm not hugely familiar with or the Court
10   may not be.  What's the relationship between ANR and
11   Wisconsin -- Michigan-Wisconsin Pipe Line Company?
12 A.   So when I hired in to Michigan-Wisconsin Pipe Line
13   Company, the reason that -- in part that I was hired
14   was that at that time ANR -- ANR Corporation, American
15   Natural Resources, was the corporate entity.  They
16   owned Michigan Consolidated Gas Company but were
17   spinning them off so that Michigan Consolidated would
18   become its own entity divorced from the ANR, the
19   American Natural Resources Corporate fold.  Michigan
20   Consolidated Gas Company had the reservoir and geology
21   group that serviced all American Natural Resources
22   storage reservoirs, so that divestiture of Michigan
23   Consolidated Gas Company required Michigan-Wisconsin
24   Pipe Line Company, which was the remaining entity,
25   along with ANR Storage Company in the American Natural

Page 16

1    Resources system to create its own storage services
2    group, technical reservoir engineering and geology,
3    and so they were -- they were standing up a group,
4    needed a geologist, had a senior geologist, wanted to
5    hire a young entry-level geologist.  They hired me.
6  Q.   I see.
7  A.   So that -- Michigan-Wisconsin Pipe Line Company was,
8    through a combination of leased reservoirs from
9    Michigan Consolidated Gas Company and owned storage
10   reservoirs which Michigan-Wisconsin Pipe Line Company
11   was the owning entity along with ANR Storage Company,
12   which was a separate corporate entity, those were the
13   entities that operated and maintained storage fields
14   for the American Natural Resources system.
15 Q.   And at some point was all of that bought up or part of
16   that bought up by an entity known as Coastal?
17 A.   I think it was about 1986 when Coastal Corporation
18   executed what was called a hostile takeover of
19   American Natural Resources, and so then we became part
20   of the Coastal Corporation corporate fold, but the
21   individual company entity such as ANR Pipe -- well, by
22   then Michigan-Wisconsin Pipe Line Company had been
23   renamed to ANR Pipeline Company.  ANR Storage Company
24   remained as an entity with separate operating and
25   separate budgets and everything else.  And so the

Page 17

1    group that I was with was focused on the ANR Pipeline
2    storage fields, again, some of which were leased from
3    Michigan Consolidated Gas Company and its corporate
4    parent, some of which ANR Pipeline Company owned
5    outright.
6  Q.   All right.  And at some point did Coastal divest
7    itself of that business to an entity now known as
8    TC Energy?
9  A.   Well, first there was a -- what was called a friendly
10   merger with El Paso Corporation in the 2000 to 2001
11   time frame, and so the Coastal entities became part of
12   the El Paso Corporation.  In 2007 TransCanada
13   Corporation, as it was then known, purchased certain
14   assets of the El Paso Corporation, among them being
15   the ANR Pipeline, ANR Storage, Great Lakes Gas
16   Transmission assets, among other things.
17 Q.   All right.  So --
18 A.   So that's where I ended my career under the
19   TransCanada corporate fold.
20 Q.   Okay.  You were there from 2007 to 2018 when you
21   retired?
22 A.   Right.
23 Q.   Okay.  After you retired, did you stay on as a
24   consultant?
25 A.   Not for TransCanada, no.

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 18

1 Q.   Okay.  Do you consult for any energy companies or
2      pipeline companies or oil exploration companies or
3      anything in the -- in the natural -- natural gas
4      technology field?
5 A.   So shortly after retiring I was contacted by a company
6      called RCP, Incorporated, out of Houston, Texas, to
7      provide gas storage executive consulting to RCP's
8      clients with respect to compliance related to the
9      PHMSA Gas Storage Safety Rule, and so I have been
10     employed by RCP, Incorporated, since end of March,
11     early April of 2019 and I'm currently employed there
12     and work for various clients.
13 Q.  Okay.
14 A.  And I also at about the same time created my own
15     limited liability corporation called Nova Northstar,
16     LLC, and that -- that maintains.  I did a little bit
17     of work for a Michigan oil and gas concern in 2019,
18     and then the only other work of substance on Nova
19     Northstar was a research project with Battelle and
20     Sandia.  It was a Department of Transportation
21     sponsored research project regarding the applicability
22     of subsurface safety valves and tubing and packer
23     installations in reducing risk in storage, and so that
24     was done under my Nova Northstar, LLC.
25 Q.  All right.  Do you provide any consulting services

Page 19

1      through RCP to TC Energy or any of its companies, if
2      you know?
3 A.   I do not.
4 Q.   Okay.  Are you getting compensated by anyone for
5      appearing here today?
6 A.   No.
7 Q.   Let's go back a little bit to the early 1980s.  Did
8      you know a consultant to -- is it okay if we call the
9      entity ANR back in those days?
10 A.  It's -- it is okay with me.  ANR was the parent, and
11     ultimately the entities assumed ANR as an acronym that
12     was in their name, so I think that makes it clear.
13 Q.  Okay.  So did you know a consultant to ANR back in the
14     1980s named Jack Elenbaas?
15 A.  Yes.
16 Q.  And when did you first meet Mr. Elenbaas?
17 A.  Very shortly after I began employment at the pipeline
18     company.
19 Q.  And what was his role at the time?
20 A.  My recollection is having lunch with him in the
21     cafeteria and being introduced to him because he was
22     still working for Michigan Consolidated Gas but was
23     about to retire.
24 Q.  Okay.  And what -- what did you understand his role to
25     be after he retired?

Page 20

1 A.   Well, if I understand your question correctly, you're
2      referring to his role with respect to being a
3      consultant for the company.
4 Q.   That's correct.
5 A.   And specifically for storage.  Early on in the 1980s,
6      early 1980s, he may have done some other work that I
7      wasn't familiar with, but the place that I saw him
8      working was in giving -- he was one of three
9      consultants I would recall that the company used in
10     providing engineer -- independent engineering review
11     of the annual gas inventory assessments.
12 Q.  Okay.  And who were the other two?
13 A.  Dr. Donald Katz and John Vary also, who had been a
14     former Michigan Consolidated Gas Company employee.
15 Q.  Okay.  Did you ever meet Dr. Katz?
16 A.  Yes, I did.
17 Q.  And did you meet John Vary?
18 A.  Yes.
19 Q.  Okay.  Were the three of them, Katz, Vary, and
20     Elenbaas, active during the 1980s, based on your
21     observation, in providing advice to ANR with respect
22     to the Michigan storage fields and others?
23 A.  For a limited time in the 1980s they all were
24     involved.  My recollection is Mr. Vary elected to
25     retire from that consulting at some point, maybe --

Page 21

1      very early on in the early 1980s, so my recollection
2      of Mr. Vary's participation was that he had the least.
3      Dr. Katz pulled back sometime in the mid 1980s.
4      Mr. Elenbaas continued to provide that service
5      throughout the 1980s as I recall.
6 Q.   Well, in fact, Elenbaas provided that service into the
7      2000s, didn't he?
8 A.   Somewhere in the early 2000s.
9 Q.   And -- and is it Dr. Elenbaas or is it Mr. Elenbaas?
10     I don't want to shortchange anybody.
11     It's Mr. Elenbaas.
12 Q.  Okay.  And it's Dr. Katz?
13 A.  Dr. Katz.
14 Q.  All right.  And Dr. Katz at some point in the early
15     1980s prepared a -- a review of ANR's storage
16     operation, did he not?
17 A.  Well, you'll have to be more specific.  He would have
18     prepared some sort of annual statement.
19 Q.  Well, let me --
20 A.  So I'm not sure if you're referring to one in
21     particular.
22 Q.  Well, I'm referring -- I'll show you in a few minutes
23     parts of it, but ask first if you recall a document
24     prepared, I believe it's dated March 6, 1981, by
25     Dr. Katz.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 22

```
 1 A.   Well, I wouldn't remember the precise date.  There
 2      were -- just to be clear, there was kind of a
 3      foundational period document that because, again,
 4      there was this divestiture of Michigan Consolidated
 5      Gas and its assets from the American Natural Resources
 6      system.  That document circa 1980, 1981 was considered
 7      a foundational starting point for the pipeline
 8      company, the ANR group, to go forward from.
 9 Q.   Right.
10 A.   That was kind of a point in time in history is the way
11      I would characterize it.
12 Q.   Right.
13 A.   Again, I started with the company in September of '81,
14      so the March date you mentioned preceded me, but
15      obviously I saw documents that preceded my time of
16      employment there that -- and that was when the -- what
17      we referred to as the -- Katz statement at that
18      time was, again, kind of that foundational starting
19      point.
20 Q.   That's right.  And, in fact, that -- that Katz
21      document, that foundational starting point, was cited
22      as -- for its methodology in all the annual storage
23      inventory reviews ever since, ever since the '80s;
24      isn't that true?
25 A.   Yes.  Because the methodology prescribed or outlined
```

Page 23

```
 1      there as a good practice in the most basic elements of
 2      gas inventory analysis was something we maintained
 3      throughout my time there.  It wasn't the only method,
 4      but it was, again, a foundational method of good
 5      practice.
 6 Q.   Sure.  Now, the -- let me hand you what we've marked
 7      as Plaintiff's Exhibit 1.
 8           (Marked EXHIBIT 1 for identification)
 9 BY MR. KOCHANOWSKI:
10 Q.   Are you familiar -- and this is a document that's
11      dated 1975, so it precedes you -- so it precedes you a
12      bit.  I pulled it out because it seemed to me that --
13      that this is a transcript of a -- of a testimony of
14      Jack Elenbaas in front of the Federal Power Commission
15      relating to essentially the beginning of the -- the
16      work that was done by ANR on the site that we're
17      interested in, the Muttonville Niagaran Reef
18      reservoir.  Are you familiar -- have you ever seen
19      this document before?
20 A.   I don't recall seeing it.
21 Q.   Okay.  So let me -- let me ask this.  Do you have any
22      reason to dispute, and I'm not trying to trick you in
23      any way, that this is, in fact, a -- a -- testimony
24      of and a report prepared by Jack Elenbaas before the
25      FPC, Federal Power Commission, that relates to the
```

Page 24

```
 1      essentially beginning work of -- by ANR at the
 2      Muttonville site?
 3           MR. STOCKMAN:  Objection.  Foundation.
 4           You may answer.
 5 A.   So it's probably worth stipulating that the Federal
 6      Power Commission was the predecessor of the Federal
 7      Energy Regulatory Commission, so I don't know when
 8      that transition occurred, probably late '70s, very
 9      early '80s, but . . .  So when you see Federal Power
10      Commission and docket numbers, those are historically
11      the same type of proceeding that a company today would
12      make application to the Federal Energy Regulatory
13      Commission, or FERC, as we acronymized it.  And so
14      without having recollection of this particular
15      document, which is many, many pages and you've put in
16      front of me, I see that it has a docket number
17      CP74-316.  That would be typical of a doc -- the
18      technical aspects of describing the reservoir geology
19      and the engineering that was known at the time would
20      have been part and parcel of a company's required
21      filings to the FPC at the time to obtain approval
22      under public good and necessity for an operating
23      certificate to construct, build, and operate a storage
24      reservoir.
25 BY MR. KOCHANOWSKI:
```

Page 25

```
 1 Q.   All right.  Do you have a -- do you have a
 2      recollection from your many years at -- at ANR
 3      whether, in fact, the Muttonville storage facility
 4      began sometime in the mid 1970s as an operational
 5      storage facility?
 6 A.   My recollection that the docket CP74-316 was approved
 7      in the mid 1975, 1976 period Muttonville went into
 8      operation.
 9 Q.   Okay.  And so at that time it became -- would you
10      describe for the Court and jury what does a storage
11      reservoir do and what did -- what -- and what did it
12      do back in the late '70s and continuing through the
13      '80s, '90s, 2000s, and perhaps today?
14 Q.   Okay.  So it's a -- that's a general question.
15 Q.   Yes.
16 A.   I'll try to answer it as best I understand the nature
17      of your question.  What does a storage reservoir do?
18      That is the first part of your multipart question.
19 Q.   Yes.
20 A.   A storage reservoir is designed to contain gas for
21      customers or for a company, you know, for some
22      purpose.  Some gas -- most commercial gas storages at
23      the time in mid 1970s were connected to interstate
24      pipeline systems or to local distribution companies,
25      such as, for example, Michigan Consolidated Gas.
```

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 26

1    Michigan-Wisconsin Pipe Line Company owned the
2    Muttonville asset, so this would have been what is
3    today an ANR Pipeline Company filing, and that would
4    mean that interstate gas would be injected into the
5    storage field and withdrawn out for customers, so the
6    interstate pipeline company would have storage
7    contracts with storage customers, and because ANR
8    Pipeline Company had other reservoirs, the operation
9    of any particular storage field was managed as part of
10   a group, and so many interstate pipeline companies
11   that had a portfolio of storage fields would operate
12   them in an -- as a complex, you know, unless there was
13   some reason that that individual reservoir was part of
14   a separate corporate entity and had its own customers.
15   So Muttonville was in the pipeline company fold of
16   storage customers.
17               What would be done to construct a storage
18   field and meet the services that were designed as part
19   of this filing would include injecting a certain
20   amount of gas if necessary to a level of what's called
21   base gas or cushion gas, which provides a pressure
22   support to the injection withdrawal operation, so that
23   pressure support drives deliverability of the wells
24   cumulatively to the station outflow or the injectivity
25   when receiving gas.

Page 27

1                Other things that would have been done at
2    the time were to assure the integrity of the
3    individual wells that were there, any existing wells
4    that were intended to be used for gas storage
5    operations or for observation, and it would have
6    generally included a review of any plugged wells and
7    whether or not they would need any -- need any
8    rehabilitation to assure that there would be no
9    leakage. And then there would be the inclusion of
10   drilling of additional wells if so were required
11   for -- to make the deliverability and cyclability. So
12   two things. You have daily deliverability, but you
13   also have a working storage volume that needs to be
14   cycled in a certain amount of time per customer
15   contracts, and so the number of wells, the amount of
16   base gas, and then, secondly, all the surface
17   facilities, compression, dehydration, metering, other
18   gas processing if necessary.
19               So somewhat classically in gas storage
20   design we look at the combination of base gas,
21   compression, and number of wells and the well
22   deliverability as the components that provide the
23   operational characteristics both on injection and
24   withdrawal, and typically customer contracts would be
25   based on a certain profile on injection and a certain

Page 28

1    profile on withdrawal, and so that is how a storage
2    field is generally designed and constructed and a
3    storage field then basically performs according to
4    what customers want to do.
5 Q.  Okay.
6 A.  Some years customers want to take a lot of gas.  Other
7    years they don't want to take a lot of gas.  So the
8    cycling is not a uniform situation.  The cycles may
9    vary considerably.
10 Q.  Okay.  Let me kind of stop you right there.  You used
11   the word "profile."  Is that the profile of the gas or
12   some other profile you're referring to?
13 A.  The profile of rate versus inventory.  So we're
14   talking about the -- the rate of injection versus the
15   inventory that a customer has in storage and then
16   conversely on withdrawal the rate of withdrawal that
17   they may take on a daily basis versus the -- the
18   amount that they have stored.
19 Q.  All right.  Just for those of us who don't understand
20   this industry very well, the -- the storage
21   facility -- the storage facility like Muttonville
22   stores gas that's been extracted elsewhere; correct?
23 A.  Yes.  It's delivered by interstate pipeline, so it is
24   a mix of multiple sources, and it's not an infinite
25   number but it's a very large number of sources.

Page 29

1 Q.  Okay.  And that gas could come from Canada, it could
2    come from Texas, it could come from Wisconsin, it
3    could come from other places; correct?
4 A.  North America is blessed with a great gas
5    infrastructure, many pipeline connections.  So yes,
6    that gas can come from anywhere in North America that
7    is connected to the natural gas infrastructure.
8 Q.  All right.  And that gas -- so that gas could have --
9    can come from hundreds or thousands of miles away;
10   correct?
11 A.  Yes.
12 Q.  And that's been the practice by ANR and other storage
13   operators since at least the '70s to -- to store gas
14   that's been extracted hundreds or thousands of miles
15   away for when it's needed by energy companies;
16   correct?
17 A.  That's the general paradigm.
18 Q.  Okay.  And so --
19 A.  Muttonville is connected specifically to the Great
20   Lakes Gas Transmission line so that, you know, to
21   some -- with some distinctions to the general
22   paradigm, the sources of gas primarily going into
23   Great Lakes Gas Transmission, which of course also are
24   multitudinous, can be narrowed down, but Great Lakes
25   has interconnections with other pipelines, and so it

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 30

1    goes back to the same possibility that there are many
2    sources of gas.
3  Q.  Sure.  But the gas -- you used a term that I'm not
4      sure we're all familiar with, native gas.  Can you
5      tell us what you mean by native gas?
6  A.  So I'm not sure I'd used the term "native gas" up to
7      this point, but since you've used it, native gas would
8      be the gas that was in a particular reservoir at the
9      time of its discovery.  Another way of couching it
10     would be, you know, the gas that had evolved that God
11     put there over geologic time perhaps.  Right.
12 Q.  Okay.  Okay.  And then maybe I mis -- I misheard you.
13     Did you use the term "base gas" or "cushion," --
14 A.  Yes.
15 Q.  -- base gas for cushioning?
16 A.  Yes.
17 Q.  And what's -- what's that?
18 A.  So base gas can be composed of remaining native gas
19     plus some amount of injected gas.  Depending upon the
20     design parameters of that storage field, there is a
21     design pressure, and that pressure would equate to a
22     volume of gas that provides a minimum pressure
23     support.  Hypothetically, let's just say the operator
24     says I'm not going to operate below 500 pounds
25     absolute in the reservoir, and I know that that

Page 31

1    500 pounds absolute equates to a certain volume of
2    gas.  That is my base gas.  Now, because things are
3    never completely stable in a reservoir once you start
4    operating in storage unless you provide for a very,
5    very long period of quiescence, the operator may say
6    that 500 psi absolute at stable conditions is my base
7    pressure.  They may functionally operate down to a
8    pressure of say 300 pounds flowing, just to provide
9    withdrawal of gas say on that low end, and that's
10   similar to saying that on the top end there may be a
11   maximum pressure stabilized at which say a Federal
12   Power Commission or Federal Energy Regulatory
13   Commission certificate is stipulating the maximum
14   pressure, but typically in order to actually inject
15   that -- that last bit of gas into the reservoir, the
16   operator must be compressing that gas and pushing it
17   at a higher pressure.  So those operational pressure
18   ranges will tend to either go below the base pressure,
19   which is often quoted as a stabilized pressure, and
20   then go above the stabilized maximum pressure, which
21   is, you know, for purposes of looking at the balances
22   of gas in the reservoir and what part is base gas.
23   And the other part of gas, then, that exists in the
24   reservoir above that pressure would be called working
25   gas or customer gas.  Most of the working gas is

Page 32

1    attributable to customer contracts.
2  Q.  Um-hmm.  It's the gas that's put into the storage
3      reservoir?
4  A.  That is the cyclable portion on a -- whatever the
5      reservoir does commercially.  If it's a single cycle
6      reservoir, in the gas storage world single cycle is
7      considered a one injection, one withdrawal cycle per
8      annum, and that might be over a 12-month period, not
9      the same as, you know, a 12-month calendar period but
10     a 12-month injection withdrawal period.
11 Q.  All right.  Was the Muttonville storage facility a
12     single cycle facility?
13 A.  Generally that's the way I recall it being operated.
14     It had the capabilities to do actually more cycles,
15     and late in my service to the company the market
16     demands often wanted more than seasonal service,
17     shorter terms on injection and withdrawal, which would
18     generally dictate higher daily rates, so a field of
19     Muttonville's caliber was able to perhaps provide that
20     shorter term service.  All those contracts on an
21     integrated basis, though, with a company like ANR
22     Pipeline were into the mix, so, again, you weren't --
23     the company was not structuring contracts particular
24     to Muttonville, but when -- so when I was there and
25     when we looked together with other parties within the

Page 33

1    company at what we could market in terms of services,
2    the technical aspects that the group I was leading
3    would do were looking at the aggregated capabilities
4    of these individual components of fields and their
5    characteristics with respect to the flexibility that
6    the company had to have a mix of contracts, some of
7    which would be shorter service term contracts with
8    high deliverability on both injection and withdrawal.
9    Sometimes it was only -- customers wanted only high
10   injection service.  Sometimes they wanted only high
11   withdrawal service.  So, again, the power of an
12   integrated portfolio of gas storage reservoirs that
13   was something that the pipeline -- ANR Pipeline had
14   allowed you to sell a mix of actual commercial
15   contracts.
16 Q.  Okay.  Well, let me sort of get into that just a
17     little bit.  You seem quite knowledgeable about all
18     this.  The company charged third parties -- third
19     parties for essentially storing -- storing their gas
20     for some period of time.  Is that a fair statement?
21 A.  Yes.
22 Q.  Okay.  And it charged those companies, those third
23     parties some amount of money for injection services or
24     withdrawal services or was that one unified contract?
25 A.  So I'm not the expert on how contracts were

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 34

1   structured.  It was never my professional
2   responsibility to structure contracts.  As I
3   understand it, contracts typically had a quantity
4   charge and a demand charge, and so when you look at --
5   to paraphrase what you said, if party A wants to store
6   a certain amount of gas with ANR Pipeline, they will
7   pay for some annual volume fee and then some demand
8   charge that might be indexed to injection or
9   withdrawal or both.  Again, I'm not the expert on
10   that.
11 Q.   Okay.
12 A.   But that was generally how storage contracts were
13   structured.
14 Q.   All right.  Fair enough.
15       (Marked EXHIBIT 2 for identification)
16 BY MR. KOCHANOWSKI:
17 Q.   I'm going to hand you what I've marked as Exhibit 2.
18   And it's the first of several exhibits that -- that I
19   understand are at least part of the -- what you call
20   the foundational document that Dr. Katz prepared, and
21   they were produced as separate documents, so
22   unfortunately I have to kind of go with that.  But at
23   least this, bearing production numbers TC2700 to 2709,
24   is something called the Study of Non-Effective Gas in
25   Twenty American Natural Storage Reservoirs by Dr. --

Page 35

1   by Donald L. Katz, Assisted by Engineers and
2   Geologists of American Natural including John Vary and
3   Jack R. Elenbaas.
4       Do you have a recollection of seeing this
5   document before?
6 A.   Yes.
7 Q.   Okay.  And is this a -- at least a part of the
8   document that we discussed a little while ago that you
9   called the sort of foundational document?
10 A.   Yes.  The -- internally the group of engineers and
11   geologists, we would generally talk about the Katz
12   1980 study.  I see this is -- has that date March 6th
13   of 1981 that you referred to earlier, which caused me
14   some confusion, but the studies when you read that
15   paragraph were done in 1980, and so it appears to be
16   one and the same of what I'm recollecting as the Katz
17   1980 report.
18 Q.   Okay.  And according to this -- this is dated
19   March 6th, 1981.  That's why I used that date.
20   According to sort of the cover of this report, "In
21   June, 1980, the storage field Inventory Report was
22   issued giving the non-effective gas for twenty
23   American Natural Storage reservoirs.  In November,
24   1980, the above group was asked to determine what
25   portion of the non-effective gas volumes had migrated

Page 36

1   away and the volumes impounded.  [And] later, the
2   group was asked to determine the volume of
3   non-recoverable book content gas should the reservoir
4   be abandoned.  These studies are reported herein."
5       Do you have a recollection, sir, of -- of
6   reading and being familiar with this report, with this
7   document, you know, at some point, whether it's when
8   you started or at some point during the 1980s or at
9   any point later than that?
10 A.   The general answer to your question is yes.  I would
11   have referred to this report from time to time.
12 Q.   Okay.  Did you have a copy of this available to you in
13   the 1980s and the 1990s?
14 A.   We had a -- we had a -- our department library had a
15   copy of this report.
16 Q.   Okay.  You know, I know we talked a little bit about
17   all the sort of corporate ownership movement, but for
18   you as a -- as a geologist, you know, employee working
19   your way through the system, did you stay at the same
20   offices?
21 A.   No.  We moved offices several times.
22 Q.   Okay.
23 A.   I mean, that includes moves from floor to floor within
24   the same building.
25 Q.   Sure.  Sure.

Page 37

1 A.   But we also moved locations.
2 Q.   But they were always here in Michigan, were they not?
3 A.   Yes.
4 Q.   Okay.  They were -- for some period of time you were
5   in Troy before you retired?
6 A.   Yes.
7 Q.   Okay.  And were you ever downtown Detroit?
8 A.   Yes.
9 Q.   Okay.  Were there any other office locations that, you
10   know -- other than those two?
11 A.   Farmington Hills.
12 Q.   Okay.  So from -- from time to time, you know, you'd
13   moved, but were your -- was your library, were your
14   documents, were your files, were they moved with you?
15 A.   Yes.
16 Q.   Okay.  So -- so this report was always available to
17   you if you chose to consult it; correct?
18 A.   As far as I know.
19 Q.   Okay.  I mean, I'm trying to make a -- make a -- make
20   a point here, which is this wasn't something that was
21   tucked away in a file cabinet and forgotten?  This was
22   a report that was known to people like you and
23   consulted as necessary throughout the years; correct?
24       MR. STOCKMAN:  Object to form.
25       You may answer.

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 38

1 A.  Yeah.  We -- yes.  We considered it a -- an important
2      document to retain in our department file.
3 BY MR. KOCHANOWSKI:
4 Q.  All right.  Now, the terms -- on the cover page the
5      term that was used -- let me read again and kind of
6      focus on it.  "In November, 1980, the above group was
7      asked to determine what portion of the non-effective
8      gas volumes had migrated away and the volumes
9      impounded."
10          I'm going to -- I'm going to ask you some
11     questions about what that actually means to those of
12     us who aren't in the field, in your field.  What's a
13     non-effective gas volume?
14 A.  So I will answer, and I -- I'm just curious as to
15     whether or not the Katz report had actually defined
16     the terms herein, which would beg why I would be
17     answering, but I will give you my paraphrase of what
18     non-effective gas means.  Non-effective means when
19     doing a pressure volume study, typically the storage
20     reservoir will have at least two points, typically two
21     points, at different pressures and inventories, and
22     then, one, the engineer will attempt to calculate the
23     best average pressure for the reservoir, adjust it to
24     bottomhole conditions, apply the supercompressibility,
25     or Z factor, based on knowledge of gas properties, and

Page 39

1      then construct a line between the two points, and that
2      line between the two points is a -- first indication
3      of the poor volume of the reservoir, and what we mean
4      by that is that the -- in an ideal world, if
5      everything were stable, perfectly stable and no errors
6      of any sort whatsoever, the line between those two
7      points would extrapolate to a zero pressure at zero
8      content, zero gas in the reservoir.  There are many
9      reasons why that doesn't occur.  The deviation of the
10     line from the 00 ordinate would be called
11     non-effective gas.
12          Now, there's a -- there's an additional
13     part of that that needs to be explained.  Many
14     companies, including ANR, for some reservoirs might
15     stipulate an abandonment pressure.  In other words,
16     they -- if -- if the company had only purchased the
17     native gas down to a certain pressure, they weren't
18     interested in the gas volume below a certain pressure.
19     They hadn't purchased it.  So the non-effective gas
20     would be calculated from the deviation of the point
21     where that line intersected that abandonment pressure.
22     Let's just say, for example, the abandonment pressure
23     was 50 pounds wellhead converted to bottomhole P over
24     Z.  That line between the two shut-in pressure content
25     points would intersect that line at the equivalent

Page 40

1      bottomhole pressure of 50 psi, and then the cycle line
2      that you are constructing for that inventory analysis,
3      if it deviated from that point, the non-effective gas
4      would be the difference between that idealized point
5      and the current two points that you're looking at.
6 Q.  But why are you doing that?
7 A.  Well, that is the first step in assessing a -- what is
8      called a volumetric reservoir's containment of gas.
9 Q.  All right.  And the term "migration" or the term
10     "migrated away" here, that refers to gas that has left
11     the reservoir in some fashion; correct?
12          MR. STOCKMAN:  Objection.  Foundation.
13 A.  So migration in the sense that ANR used it, and,
14     again, picking up from Dr. Katz's definition, the idea
15     of migration was that it had left the reservoir and
16     was no longer in pressure contact with the reservoir,
17     and that would have a particular signature most of the
18     time if that really had occurred.
19 BY MR. KOCHANOWSKI:
20 Q.  All right.  But I'm just asking in terms of
21     definitionally, ANR used the term "migration" to
22     describe that gas that you said left the reservoir;
23     correct?
24          MR. STOCKMAN:  Objection.  Mischaracterizes
25     the witness's testimony.

Page 41

1 A.  The gas that moved away from the reservoir and was not
2      in pressure contact with it any longer.
3 BY MR. KOCHANOWSKI:
4 Q.  All right.  So it had -- and we're talking about of
5      course things that occurred thousands of feet under
6      the surface?  That's -- that's the phenomenon you're
7      describing?
8 A.  At the reservoir.
9 Q.  Right.  You're not describing a leak aboveground?
10 A.  Right.
11 Q.  Okay.  So when we use the term or when Dr. Katz uses
12     the term "migrated gas" in this report, he's talking
13     about -- about gas that has left, as you say, the
14     pressure communication with the reservoir from which
15     it came; right?
16          MR. STOCKMAN:  Objection.  Foundation.
17 A.  As I understand your question, and as I understand the
18     term "migration," if the gas truly had migrated, then
19     it was no longer in pressure communication with the
20     reservoir.
21 BY MR. KOCHANOWSKI:
22 Q.  Okay.  And if you take a look at Dr. Katz's and Vary's
23     and Elenbaas's report on Page iii, I think the
24     first -- the first page after the summary of
25     non-effective gas section, he says, "The estimate of

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 42

```
 1   migrated gas for the twenty storage fields total 16.6
 2   BCF . . . "
 3              Do you see that?
 4 A.  Yes.
 5 Q.  All right.  And BCF stands for --
 6        MR. STOCKMAN:  Counsel, I think 16.32,
 7   wasn't it?
 8        MR. KOCHANOWSKI:  Well, it says 16.6 in the
 9   first line.
10        MR. STOCKMAN:  Oh, first line.  Okay.
11        MR. KOCHANOWSKI:  Yeah.
12 BY MR. KOCHANOWSKI:
13 Q.  16.6 BCF.  BCF stands for billion -- billion cubic
14   feet; correct?
15 A.  Yes.
16 Q.  All right.  And he continues.  ". . . of which 10.7
17   billion cubic feet relates to Michigan Wisconsin's
18   fifteen operated fields and 5.9 BCF relates to
19   Michigan Consolidated's five fields."  Right?
20 A.  That is what it says in the first line.
21 Q.  Okay.  And then he gives the estimates for
22   non-recoverable book content gas for the 20 fields,
23   totalling, as my colleague says, 16.32 BCF.  Do you
24   see that?
25 A.  I see that.
```

Page 43

```
 1 Q.  Okay.  Is that -- is the -- can we understand that to
 2   mean, in very general terms of course, that -- that at
 3   least in this instance non-recoverable book content
 4   gas includes all of the migrated gas?
 5        MR. STOCKMAN:  Objection.  Foundation.
 6 A.  I would want to read the entire document to -- to say
 7   that that is exactly true.
 8 BY MR. KOCHANOWSKI:
 9 Q.  Okay.
10 A.  It could be presumed to be true, but until I actually
11   read the entire document, I can't say that.
12 Q.  Fair enough.  Let me ask you to turn to the page
13   that's marked with the number TC2705.  And it's I
14   think called Table B.  It's called a Composite Summary
15   of Inventory Status of the Michigan Wisconsin and
16   Michigan Consolidated Gas Storage Fields.  Do you see
17   that?
18 A.  Yes.
19 Q.  Okay.  And in -- in -- so on the left-hand side, so
20   the Court and jury can under -- can follow along with
21   us, because I'm going to put this on a screen, the --
22   it lists a bunch of Michigan Wisconsin leased and
23   operated fields, nine of them, starting with Austin
24   and ending with Reed City; is that correct?
25 A.  Yes.
```

Page 44

```
 1 Q.  And you're familiar with all those fields; correct?
 2 A.  Yes.
 3 Q.  And then it lists Michigan Wisconsin owned and
 4   operated fields starting with -- now, I never knew how
 5   to really pronounce this.  Capac or Capac?
 6 A.  Capac.
 7 Q.  Capac.  All right.  And ending with Winfield.  Do you
 8   see those?
 9 A.  Yes.
10 Q.  And then it's got operated fields below starting with
11   Belle River mills and ending with West Columbus;
12   right?
13 A.  Michigan Consolidated fields.
14 Q.  Right.
15 A.  Yes.
16 Q.  So these are -- so these fields, these 21 different
17   fields, are all in one general area here in Michigan;
18   correct?
19 A.  They're all in Michigan.
20 Q.  Okay.  Okay.  So Muttonville, the thing that brings us
21   here, is in that Michigan Wisconsin owned and operated
22   fields category in the middle; right?
23 A.  Yes.
24 Q.  Okay.  And so here Dr. Katz and Mr. Elenbaas and
25   Mr. Vary make some calculations as to -- as to how
```

Page 45

```
 1   much non-effective gas there is as of 1980 in
 2   Columns 1 and 2; correct?
 3 A.  Yes.
 4 Q.  And in Column 3 they give an estimate of gas that's
 5   migrated.  Do you see that?
 6 A.  Yes.
 7 Q.  Now, were you familiar with -- with these calculations
 8   and these estimates and -- at the time that you worked
 9   at ANR in the 1980s and 1990s?
10 A.  Well, I'd previously stated that I'd seen this report,
11   so yes.
12 Q.  Okay.  In fact, these numbers continued to be used
13   with some modifications and additions for the next,
14   well, for you 38 years; isn't that right?
15 A.  I think you correctly stated that many of these or
16   some of these were modified over the course of that
17   time as new information became available.
18   Sure.  In 1980 the -- the report, Dr. Katz's report,
19   estimated that four billion cubic feet of gas had
20   migrated from the Austin field; isn't that right?
21 A.  That's what the number says here in the table.
22 Q.  And it also lists five other fields, including Reed
23   City, Orient, Loreed, Lincoln, and Freeman, as losing
24   anywhere from half a billion cubic feet to two and a
25   half billion cubic feet of gas as of 1980.  Do you see
```

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 46

1   that?
2 A.   Yes.
3 Q.   Did you ever, you or anyone that you worked with at
4      ANR over all these years, ever question whether this
5      estimate was correct?
6 A.   Yes.  For some of the fields.
7 Q.   Okay.  So some of it -- some of it -- did the numbers
8      go up or down or were they adjusted in any meaningful
9      way or what can you recall from that -- of that?
10     Excuse me.
11 A.  I recall a couple of instances where the numbers went
12     down.  Austin, for example.  Coldwater was
13     subsequently abandoned from gas storage service in
14     1998 and as it was produced.  I don't know if the
15     adjustment was ever made, but it appeared that -- it
16     appeared that two BCF came back, so to speak.  So
17     there were -- there was additional knowledge obtained
18     over additional years of operating and superior
19     techniques of data gathering and analysis that changed
20     some of these numbers.
21 Q.  Okay.  But in general terms, the idea that gas can
22     migrate from a storage reservoir some thousands of
23     feet underground, that was not a new idea, was it?
24 A.  The idea that gas can migrate outside of a reservoir
25     is not a new idea.

Page 47

1 Q.   In fact, Dr. Katz's report probably speaks -- speaks
2      of this as this idea came around back in the 1950s,
3      didn't it?
4          MR. STOCKMAN:  Objection.  Foundation.
5 A.   I don't -- you're saying -- I don't know where that
6      came from, but in general oil and gas reservoirs, I
7      mean, they're -- pressure -- pressure can drive
8      movement of fluids.
9 BY MR. KOCHANOWSKI:
10 Q.  Okay.
11 A.  Those are physical principles, let alone oil and gas.
12 Q.  Sure.  So let me ask -- let me ask this.  Is the term
13     "migration" as it's used here used to describe the
14     idea that once pressurized operation begins at one of
15     these fields, that pressure causes some of the gas to
16     essentially leak out underground?
17 A.  Well, I think you're asking me to redefine the term
18     "migrated," and I've already defined that, haven't I?
19 Q.  Well, I'm not sure because we're -- we're -- we're
20     talking about migration from -- not from a -- sort of
21     a still abandoned reservoir concept but the concept
22     of -- of a reservoir in which gas is forced down into
23     it under pressure, aren't we?
24 A.  So pressure drives fluid movement.  Again, those are
25     physical principles.  And I will say that over the

Page 48

1      course of my career, including yet today, we can speak
2      of migration within a reservoir, but that's --
3      specifically with respect to this Katz report, the
4      term "migrated" and making deterministic numbers in a
5      table and having recommendations flow therefrom means
6      migrated away from the reservoir and now -- and no
7      longer in pressure communication with the reservoir,
8      so that is a particular use of the word "migrated."
9 Q.   Yes.  My question is this.  Maybe I wasn't clear
10     enough.  These fields that are described in this
11     report, including Muttonville, had at some point in
12     the past been -- been considered depleted reservoirs;
13     right?  They were not good for extracting new gas?
14 A.  They were converted to storage, yes.
15 Q.  Okay.  So --
16 A.  And they were all depleted reservoirs.
17 Q.  Okay.  And so --
18 A.  Depleted being a term that also is -- has a various
19     definition.
20 Q.  All right.  But they were -- they were depleted.  They
21     were no longer economically viable as extraction
22     sites, and the pressure in them had stabilized to
23     some -- to some level and that was it; correct?
24 A.  No.  I'm not going to agree to that because you -- you
25     listed a number of conditions which all were not true

Page 49

1      of all those reservoirs.
2 Q.   All right.
3 A.   So, I mean, not to be difficult, but the -- you know,
4      so pressure being stabilized, not necessarily true at
5      the point of conversion.  This goes back to the
6      particulars of each reservoir and how it was taken
7      over and under what conditions.  Some reservoirs were
8      taken over where they could still economically
9      produce, but the producers were paid for some assumed
10     recoverable gas yet in the reservoir because there was
11     a need for the storage service and the Certificate of
12     Public Good and Necessity was granted, so it was a
13     condemnation effectively, but the producers were given
14     just compensation.  So, again, when you listed your
15     question with a number of conditions that -- I can't
16     say that those were universally true for every
17     reservoir.
18 Q.  Okay.  Let me try it this way.  Just so I understand,
19     when we look at numbers like 4 or .5 or .7 or
20     2.5 billion cubic feet, is it fair to say that -- that
21     what Dr. Katz and -- and -- and the other two
22     gentlemen who participated in this report did was
23     estimate how many billion feet of gas that had been in
24     the reservoir at some point had left the reservoir
25     underground?

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 50

1 A.   That was their definition and that is what they are
2      estimating.
3 Q.   Okay.  And for Muttonville in 1980, that number of
4      migration -- estimated gas migrated is zero; correct?
5 A.   That's what's in the table.
6 Q.   And so about half or so, I didn't really count, of
7      these 21 fields, the -- Dr. Katz, et cetera, didn't
8      believe that any gas had migrated from that field;
9      right?
10 A.  One can assume so from the numbers in the table.
11 Q.  Okay.  And the Muttonville reservoir back in 1980
12      according to Dr. Katz had a billion cubic feet of
13      non-effective gas.  That's in Column 1.  Correct?
14 A.  Yes.
15 Q.  And that number wasn't changed in June of 1980 in
16      Column 2.  And then Column 4 says "Impounded Gas in
17      Normal Cycle."  Again, that's one billion cubic feet;
18      correct?
19 A.  Yes.
20 Q.  All right.  And so is that -- is that also --
21      "Impounded Gas in Normal Cycle," is that also the
22      concept of that gas that's at a different pressure
23      than the working gas in the field -- in the storage
24      field?
25      MR. STOCKMAN: Object to form.

Page 51

1 A.   I wouldn't answer it the way you posed it.  I would
2      say impounded gas means that it's in the reservoir but
3      for various reasons might not be in immediate pressure
4      connection during the time period studied for that
5      inventory analysis.
6 BY MR. KOCHANOWSKI:
7 Q.   Okay.  So at least as of 1980, let me turn to the --
8      to the column on the right, the "Maximum Book Content"
9      as of November 9, 1980, for Muttonville was 12.8.
10      Again, that's billion cubic feet; correct?
11 A.  Yes.
12 Q.  So that means that you had about 12.8 billion working
13      gas and this non-effective gas in that reservoir, at
14      least the capacity to place 12.8 billion cubic feet of
15      gas in that reservoir; correct?
16 A.  No.  That's not what book content means.  Book
17      content -- I mean, not the way you stated it, sir.
18 Q.  Okay.  So tell me -- tell me what it means.
19 A.  Book gas would be working gas plus base gas that the
20      company owned.  Total content in a reservoir might be
21      inclusive of any unpurchased mostly native gas in the
22      reservoir.  That was typically what would have been
23      unpurchased.
24 Q.  Okay.
25 A.  So, I mean, in Muttonville's case, that book content

Page 52

1      is the company-owned base gas plus the working gas.
2 Q.   Okay.  So the indicated percent loss in Column 9 for
3      all of these fields lists -- goes anywhere from zero
4      for I think one of these -- or one or two of these up
5      to 20 percent with looks like averages around -- the
6      average total is seven percent indicated percent loss
7      across all these fields; is that correct?  Is that a
8      good way to read this report?
9      MR. STOCKMAN: Object to form.
10 A.  Well, they -- it appears that this table shows the
11      percent loss formula, and it -- it's a little
12      confusing I'll say.  If I take .1 in Column 7, I'm not
13      sure that's eight percent.  Anyway . . . Presumably
14      the numbers in the table could be derived by executing
15      the formulas they've put in there.
16 BY MR. KOCHANOWSKI:
17 Q.  Okay.  Now, as part of --
18      MR. STOCKMAN: Counsel, are you moving to
19      another exhibit?
20      MR. KOCHANOWSKI: I am gonna.
21      MR. STOCKMAN: Is this a good time to take
22      five?
23      MR. KOCHANOWSKI: You bet.
24      VIDEO TECHNICIAN: We are going off the
25      record.  The time is 11:23 a.m.

Page 53

1      (Recess taken at 11:23 a.m.)
2      (Back on the record at 11:32 a.m.)
3      VIDEO TECHNICIAN: We are back on the
4      record.  The time is 11:32 a.m.
5 BY MR. KOCHANOWSKI:
6 Q.   Okay.  Sir, do you understand you're back under oath
7      and we're going to continue with the questioning?
8 A.  Yes.
9 Q.  Thanks.
10      (Marked EXHIBIT 3 for identification)
11 BY MR. KOCHANOWSKI:
12 Q.  I've handed you what we've marked as Plaintiff's
13      Exhibit 3.  It bears production numbers TC4786 to
14      4792.
15      MR. STOCKMAN: Counsel, before we do, can
16      we stipulate that the gray box covering text on page
17      TC4788 is not part of the original?
18      MR. KOCHANOWSKI: I believe you're correct.
19      I believe you're correct.
20 BY MR. KOCHANOWSKI:
21 Q.  This document bears a date January 2, 1980, and it
22      appears to be from Donald Katz to a gentleman named
23      O.B. Weideman at Mich Consolidated Gas Company.  Did
24      you know Mr. Weideman?
25 A.  Yes.

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 54

1  Q.  Who was he?
2  A.  Well, he was a manager or director, probably a
3      director at the time at Michigan Consolidated Gas
4      Company.
5  Q.  Okay.  Was he -- was he one of the managers in charge
6      of the gas storage reservoirs and at least in part the
7      Muttonville reservoir that we're here about today?
8          MR. STOCKMAN:  Object to foundation.
9  BY MR. KOCHANOWSKI:
10 Q.  If you know.
11 A.  Well, I -- I never worked for Mr. Weideman, so I
12     presume by the fact that Mr. Katz, Dr. Katz is
13     addressing this to Weideman that Weideman had some
14     sort of responsibility in his chain of command for
15     storage, yes.
16 Q.  Okay.  But fair to say Mr. Weideman was -- was -- was
17     management at Mich Consolidated; right?
18 A.  Yeah.  That's how I understood it.
19 Q.  Okay.  Now, have you -- had you -- have you ever seen
20     this document before, if you can recall?
21 A.  I don't recall specifically.
22 Q.  Okay.  Well, let's take a -- take a quick look.  Now,
23     this is dated about a year, year and two months before
24     that report that we at least partially looked at in
25     Exhibit 2; correct?

Page 55

1      January 2 of 1980 to March 6th of 1981.  Correct.
2  Q.  Yeah.  And Dr. Katz in this -- in this letter to
3      Mr. Weideman talks about -- talks about a number of
4      reservoirs operated by ANR; right?
5  A.  It appears so.
6  Q.  Okay.  And he talks about the Muttonville reservoir,
7      does he not?
8  A.  I see on the first page itemized point Number 3
9      discusses Muttonville.
10 Q.  Okay.
11         MR. STOCKMAN:  Could I have a continuing
12     foundation objection given that this is a document
13     that was written before the witness's employment began
14     and he testifies that he doesn't recall seeing it?
15         MR. KOCHANOWSKI:  Sure.
16 BY MR. KOCHANOWSKI:
17 Q.  Now, here we see the term in that -- in that first
18     page, Number 3, that -- called Pilat 1-24 well.  Do
19     you see that?
20 A.  Under bullet item Number 3?
21 Q.  Yeah.
22 A.  Yes.
23 Q.  And can you tell the jury what you understood to be
24     the Pilat 1-24?  What was that, sir?
25 A.  So this was a well to the southeast of Muttonville

Page 56

1      that had some production from it.
2  Q.  Okay.  And back in 1980 do you know who was the
3      producer at that well?
4  A.  I think it was Reef Petroleum as I recall.
5  Q.  Okay.  And, now, what brings us here today in this
6      lawsuit is the fact that my client is the producer or
7      has been the producer or the owner or the lessor of
8      what is called Pilat 1-24; correct?
9  A.  I don't independently know that.  You say it is so.
10 Q.  Okay.  Well, did there come a point in time when you
11     understood that MGI and Mr. Fodor, who owns MGI, made
12     certain claims against ANR regarding the encroachment
13     of gas from Muttonville on Pilat 1-24?
14 A.  Well, that's a complex question.  I mean, you've got
15     it loaded with a few terms.  You used the term
16     "encroachment," which I'd like you to define for me
17     before I answer.  And also you mentioned something
18     about making claims, which, again, is kind of a big
19     bucket.  I can say that I knew that Michigan Geosearch
20     acquired the well at some point in time.
21 Q.  Okay.  Well, let's kind of maybe cut to the chase.  At
22     some point in the 1990s you learned that Michigan
23     Geosearch through Mr. Fodor asked ANR whether
24     Muttonville gas had migrated to his well; isn't that
25     right?

Page 57

1  A.  Again, you're -- you're putting words in the statement
2      that I can't attest to.  I will say that I was aware
3      that Mr. Fodor wanted to meet with us to discuss an
4      overall issue with respect to the Pilat well.
5  Q.  Okay.  Well, what issue did he raise back in the 1990s
6      that you can recall with respect to the well?
7  A.  There was a concern that the pressure building up at
8      the Pilat well might be indicative of something
9      related to the Muttonville storage reservoir.
10 Q.  So he was saying or asking you whether or not ANR
11     thought there was migration of gas from Muttonville --
12         MR. STOCKMAN:  Objection.
13 BY MR. KOCHANOWSKI:
14 Q.  -- to his well; isn't that right?
15         MR. STOCKMAN:  Objection.  Foundation.
16 A.  Well, again, I want to be careful with respect to the
17     historicity of documents saying that those specific
18     terms were used.  I think the implication was that the
19     pressure rise at the Pilat could be related to some
20     activity at Muttonville.
21 BY MR. KOCHANOWSKI:
22 Q.  Well, I'm not sure why we're not agreeing here.  He
23     was saying that gas from Muttonville had made its way
24     underground into his well, thereby raising the
25     pressure at the well; isn't that right?

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 58

1 A.   He may have been saying that.

2 Q.   Okay.  I'm just defining what -- what -- what your

3        knowledge was of the claim that he was making, the

4        question he was raising.  It was a question of whether

5        Muttonville gas had made its way to his well southeast

6        of the reservoir; right?

7 A.   In essence.

8 Q.   Okay.  And, in essence, back in 1990s you and others

9        at ANR told him to go pound sand, there was no

10       communication and there was no migration and he was

11       wrong; right?

12              MR. STOCKMAN:  Objection.  Argumentative.

13 A.   I'm not going to say that certain terms like pound

14       sand were used.  We did not believe that there was

15       evidence of any push of gas from Muttonville.

16 BY MR. KOCHANOWSKI:

17 Q.   Okay.  So you told him he was wrong.  We're going to

18       get into some documents in a few minutes, but I want

19       to ask -- you told him he was wrong; right?

20 A.   We did not agree with that hypothesis.

21 Q.   Okay.  Back in 1980 isn't it true that Dr. Katz had

22       told ANR's management that the gas production in the

23       Pilat 1-24 well, that was -- that eventually became

24       something that Mr. Fodor's company had the rights to,

25       should be studied to ascertain the degree of

Page 59

1        communication with storage gas at Muttonville?

2              MR. STOCKMAN:  Objection.  Foundation.

3 BY MR. KOCHANOWSKI:

4 Q.   Isn't that what Item Number 3 says?

5 A.   That appears to be what Dr. Katz said in this

6        document, Exhibit 3.

7 Q.   Okay.  And, I mean, in this document, we don't have to

8        go through all of it or any of it except for

9        Muttonville, but he talks about gas migration and

10       monitoring a whole number of fields that -- that were

11       operated by ANR at the time; right?

12              MR. STOCKMAN:  Objection.  Form.

13       Foundation.

14 A.   Well, there are six bullets here that describe issues

15       in six separate fields.

16 BY MR. KOCHANOWSKI:

17 Q.   Right.  And, now, if you could turn to Page 3 of

18       that -- of that -- that letter, under the heading

19       "Muttonville."  Do you see that?

20 A.   This is on page TC004788?

21 Q.   That's correct.  And as my colleague points out,

22       there's a -- there's a part of that paragraph that's

23       been highlighted and the highlighting is not in the

24       original.  We highlighted that.  Dr. Katz says, "There

25       is a high probability that the gas produced by

Page 60

1        Pilot 1-24 well is in communication with the

2        Muttonville gas reservoir."

3              Do you see that phrase?

4 A.   Yes.

5 Q.   Okay.  And -- and the term "in communication" with the

6        Muttonville gas reservoir means that there is some

7        connection that Dr. Katz believes exists between

8        Muttonville and the Pilat 1-24 well; isn't that right?

9              MR. STOCKMAN:  Objection.  Form.

10       Foundation.

11 A.   Communication would mean some sort of evidence by

12       pressure or otherwise that there was a connection or

13       influence if not a connection.

14 BY MR. KOCHANOWSKI:

15 Q.   Okay.  And -- and Dr. Katz in 1980 is indicating to

16       ANR's management that there is a high probability that

17       there's such a connection between Muttonville and this

18       Pilat 1-24 well, isn't he?

19              MR. STOCKMAN:  Objection.  Form.

20       Foundation.

21 A.   That's Dr. Katz's assertion in this writing.

22 Q.   Um-hmm.  Well, I mean, eventually let's flash forward

23       15 years or so when Mr. Fodor appeared and said -- and

24       said I believe that your gas is appearing in my well.

Page 61

1        I mean, he was saying that he believes that the

2        Muttonville storage facility was in communication with

3        his Pilat 1-24 well; isn't that right?

4              MR. STOCKMAN:  Objection.  Foundation.

5 A.   Well, in a previous question you said migrated.  Now

6        you're saying in communication.

7 BY MR. KOCHANOWSKI:

8 Q.   Well --

9 A.   So I would say yes, Mr. Fodor believed something like

10       that.

11 Q.   Okay.  All right.  So Mr. Fodor believed something

12       like that, and at least judging by this document here,

13       Dr. Katz believed in the same thing; isn't that right?

14              MR. STOCKMAN:  Objection.  Foundation.

15 A.   At the time Mr. Fodor made his statement of belief,

16       Dr. Katz was deceased.

17 BY MR. KOCHANOWSKI:

18 Q.   Well, let me ask it this way so that everyone

19       understands what I'm trying to get at.  15 years or so

20       before Mr. Fodor appeared and said I think your gas

21       from Muttonville is in my property underground,

22       Dr. Katz thought there was a high probability of the

23       same thing; isn't that right?

24              MR. STOCKMAN:  Objection.  Foundation.

25 A.   That's what Dr. Katz said.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 62

1 BY MR. KOCHANOWSKI:
2 Q.   Okay.  All right.  And Dr. -- Dr. Katz suggested that
3      current gas gravities are needed as well as pressure
4      changes to evaluate the situation.  Do you see that?
5 A.   Yes.
6 Q.   And for the judge or the jury, what is a gas gravity?
7      And what can it tell us?
8 A.   Do we have a judge and a jury here?
9 Q.   Well, we will if we show them this videotape.
10     Can you restate your question?
11              MR. KOCHANOWSKI:  Could you read it back?
12              COURT REPORTER:  And for the judge or the
13     jury, what is a gas gravity?  What can that tell us?
14 A.   So the gravity of the gas is the density of the gas,
15     usually stated relative to air, which is assumed to be
16     a gravity of 1.0.
17 BY MR. KOCHANOWSKI:
18 Q.   So gas gravity can tell us something about the content
19     of -- of a -- of a particular gas; right?
20 A.   It's -- it's a gross parameter that just says the
21     density of the gas.  That density can be caused by a
22     variety of mixtures of gas.
23 Q.   Right.  And we can analyze gas from say one sample
24     versus another sample and measure the amount of
25     various organic elements or compounds in it; right?

Page 63

1 A.   As well as inorganic compounds.
2 Q.   Sure.  And you can -- using various measurements, you
3      can tell whether gas say in this room is the same gas
4      that's, you know, down the hall or -- or a thousand
5      miles away and compare the -- the elements of the
6      gases within two different areas using various
7      chemical gas analysis; right?
8 A.   Well, I would characterize it somewhat differently.
9      You can -- you can say two gases are similar, but that
10     doesn't mean they're the same.
11              MR. KOCHANOWSKI:  I'm going to mark as
12     Exhibit 4 a document bearing production numbers TC4774
13     to 4780.
14              (Marked EXHIBIT 4 for identification)
15 BY MR. KOCHANOWSKI:
16 Q.   And this appears to be correspondence --
17     correspondence dated June 23, 1980, from someone named
18     W.R. Clark and someone named D.J. Dowhan to someone
19     named W.J. Haener "Re: Response to Dr. Katz's Letter
20     of January 2, 1980, Regarding Michigan Wisconsin Field
21     Operations."
22              Have you ever seen this letter before?
23 A.   I don't recall.
24 Q.   Okay.  If you turn to Page 5 bearing production number
25     4778.

Page 64

1 A.   Thank you.
2 Q.   On Muttonville.  Well, first, do you know any of these
3      gentlemen, Haener, Clark, or Dowhan?
4 A.   Yes.
5 Q.   And who are they?
6 A.   Mr. Clark was a consultant pretty much full time.  He
7      was used to assist the transition to setting up ANR
8      Pipeline's storage group prior -- at the -- I guess at
9      the date of this document he would have been employed
10     by the pipeline company as an independent monitor of
11     what the Michigan Consolidated Gas Company group was
12     doing with respect to the pipeline company fields.  So
13     kind of an internal engineering auditor.
14              Mr. Dowhan was actually the manager that I
15     first reported to in the reservoir group, so
16     Mr. Dowhan, at this time I don't know what his
17     position was, but he had some role in monitoring,
18     again, the activities that were being carried out on
19     behalf of the pipeline company fields.
20              Mr. Haener was a senior executive at some
21     level, perhaps at this time a director.  He eventually
22     became a vice president within the pipeline company.
23 Q.   Okay.
24 A.   Over operations, so he would have had operational
25     responsibilities at a higher level than Mr. Dowhan or

Page 65

1      Mr. Clark.
2 Q.   Okay.  So -- thank you.  On -- on the page I initially
3      directed you to 4778 under the heading
4      "Muttonville," it appears that -- that Clark and
5      Dowhan are advising management that they agree with
6      the proposed investigation to determine the response
7      of the Pilat 1-24 well to storage operations.  Do you
8      see that?
9 A.   Yes.
10 Q.   Okay.  And they indicate that a preliminary review in
11     January with someone named Bill Damaschke of
12     Southeastern Michigan and Reef Petroleum indicated
13     that there was no obvious pressure communication.  Do
14     you see that?
15 A.   Yes.
16 Q.   Okay.  And Reef Petroleum at the time was the entity
17     that owned or operated that well; right?
18 A.   It appears so.
19 Q.   Okay.  And so -- so does it appear to you that Clark
20     and Dowhan advised management that "A more thorough
21     study, currently underway by Reservoir Engineering,
22     should better evaluate the possibility.  We recommend,
23     however, a continuing program of gas sampling and
24     analysis from this well preferably on at least a
25     3-month interval"?  Do you see that?

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 66

1          MR. STOCKMAN:  Objection.  Foundation.
2 A.   I see that, yes.
3 BY MR. KOCHANOWSKI:
4 Q.   Okay.  Did you ever -- did you ever become aware of
5      whatever happened to this study that they indicate is
6      currently underway by reservoir engineering?
7 A.   I don't recall.  That was before my time of employment
8      there.
9 Q.   Okay.  But they recommend a continuing program of gas
10     sampling and analysis from this well preferably on at
11     least a three-month interval; right?
12 A.   That's what they say.
13 Q.   Do you know whether that took place?
14 A.   In perpetuity, no.
15 Q.   Okay.  Do you know whether it took place for some
16     portion of a three -- of what they indicate is at
17     least a three-month interval?
18 A.   I don't know.
19 Q.   Okay.  Again, flash forward 15 years or so, and
20     Mr. Fodor -- now, Mr. Fodor took over from -- from --
21     on that well a few years -- a few years later than --
22     than the date of this letter; right?
23          MR. STOCKMAN:  Objection.  Foundation.
24 A.   Well, yes.  Later than the date of this letter, yeah.
25 BY MR. KOCHANOWSKI:

Page 67

1 Q.   Okay.  All right.  So when Mr. Fodor came to you on
2      behalf of Michigan Geotech [sic], I'm just going to
3      call him Mr. Fodor, and said I think that -- that --
4      that the Muttonville gas is coming onto my property,
5      did you search for any of the study apparently
6      currently underway by reservoir engineering that would
7      help explain or at least shed light on Mr. Fodor's
8      concerns?
9 A.   My recollection in the mid '90s, we had a handful of
10     gas samples and a handful of pressures from the Pilat,
11     and a handful being, I don't know, maybe half a dozen,
12     plus or minus.
13 Q.   Okay.  When you say --
14 A.   This particular study I don't -- I mean, if there were
15     a particular study stemming from this document, I
16     don't recall them.
17 Q.   Okay.  When you say handful of gas samples, are you
18     talking about results of a gas sample or actual
19     containers -- sealed containers of gas samples?
20 A.   The analyses of gas samples.
21 Q.   Okay.  Did ANR at that time in the '80s and '90s have
22     an inhouse ability to sample gas and analyze gas?
23 A.   Yes.  We had a lab in Dearborn that had more
24     sophisticated gas analysis capabilities as well as
25     some limited ability at field locations.

Page 68

1 Q.   All right.  And are the samples that you -- you found,
2      these -- like you said, these handful of gas samples,
3      were they analyzed by the lab in Dearborn, inhouse, or
4      someplace, you know -- some contractor outside?
5 A.   I have no recollection of who sampled those gases or
6      did the analyses.
7 Q.   Okay.  And do you have a recollection of -- of what
8      gases were actually sampled?  In other words, did
9      someone come onto the -- come onto the Pilat 1-24 and
10     obtain a gas sample from its reservoir?
11 A.   I have no recollection of how they were sampled.
12 Q.   Okay.  But gas sampling was a -- was a technique that
13     was, I think we discussed this before, that was used
14     to try to analyze something like the migration of gas
15     at that time, wasn't it?
16 A.   Gas sampling would be one tool in a tool kit among
17     other tools that could be used to -- to solve
18     problems.
19 Q.   Okay.  But it wasn't an unusual tool in the tool kit,
20     was it?
21 A.   It ought to be a tool that one looks at.
22 Q.   Okay.
23          MR. KOCHANOWSKI:  I'm going to mark as
24     Exhibit 5 --
25          MR. STOCKMAN:  Do you want the labeled one

Page 69

1      for the witness?
2          MR. KOCHANOWSKI:  Yeah.  Sorry.  I knew I'd
3      mess it up eventually.  This is 5 too.
4          (Marked EXHIBIT 5 for identification)
5 BY MR. KOCHANOWSKI:
6 Q.   A document bearing production numbers TC2854 to 2860.
7      It's a -- it's a document dated November 12th, 1980,
8      from J.A. Ferrara to Mr. Weideman.  Do you see that?
9 A.   Yes.
10 Q.   And there's some writing on this document in the form
11     in which we received it.  Can you identify -- do you
12     know who -- who handwrote on this document?
13 A.   Yes.
14 Q.   Who is that?
15 A.   CL squared was Curtis Lee Lundy.  He was -- he became
16     I think at one point the manager for the Michigan
17     Consolidated reservoir group, and I believe Curt Lundy
18     was a geologist by training.
19 Q.   Okay.  So at some point was he your boss?
20 A.   He was not my boss.  Never was.
21 Q.   Okay.  Well, he was boss of the reservoir group?
22 A.   Of the Michigan Consolidated Gas Company reservoir
23     group.
24 Q.   Okay.
25 A.   So at the time of this -- remember 1980 the groups

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 70

1  were still combined.  The divestiture of MichCon had
2  not been completed.
3 Q.  I see.  So you were in the other -- in the other --
4 A.  As of the date of this document I wasn't employed yet.
5 Q.  Okay.  But a few months later you were employed?
6 A.  In September of 1981 I was employed reporting to
7  Mr. Dowhan.
8 Q.  Okay.  Now, who was Ferrara, J.A. Ferrara?
9 A.  The -- some reservoir engineer with the Michigan
10  Consolidated group.
11 Q.  Okay.  Now, did you ever see this document --
12 A.  I may -- I may have.
13 Q.  Okay.  What makes you say you may have?
14 A.  Well, again, there's this historical body of material,
15  some of which I can recall better than others.  And so
16  I don't specifically recall this one, so that's why I
17  say I may have.  This contains some analysis and so
18  there's -- there's a possibility I saw this one.
19 Q.  Well, you mean so -- let me see if I understand what
20  you just said.  So there was a historical body of
21  documents?
22 A.  That would be -- that would be typical of any
23  reservoir that we had files of historical information
24  for each reservoir and important correspondence and so
25  forth, so this -- this would have been in all

Page 71

1  likelihood in the full body of Muttonville related
2  documents.
3 Q.  Okay.  And do you have a recollection of whether the
4  Muttonville related documents had something like a
5  folder?  This is -- this is before common use of
6  computers, 1980.  That's how old we are.  Was there a
7  paper file?
8 A.  Well, these would have been all paper files, yes.
9 Q.  And would there have been a folder or some sort of
10  thing you could say pull out a file drawer and say
11  let's take a look that they'd be in?
12 A.  There would be a Muttonville drawer with various
13  folders.
14 Q.  Okay.  And within those folders would there be a
15  Pilat 1-24 or Reef Petroleum or migration -- possible
16  migration folder or anything like that?
17 A.  There might have been and it would be typical for a
18  lot of storage reservoirs that offset wells might have
19  their own folders of background information.
20 Q.  Okay.  According to -- to -- well, do you recall
21  whether you consulted this document in beginning to
22  sort of formulate some sort of response to
23  Mr. Fodor's, you know, coming along, you know,
24  15 years later or so?
25 A.  I don't recall if we consulted this particular

Page 72

1  document.
2 Q.  Okay.  According to -- to Mr. Ferrara here --
3 A.  I think it was Ms. Ferrara actually.
4 Q.  Okay.  Well, then I'm wrong again.  But according to
5  Ms. Ferrara here, she referred to something called a
6  volumetric gas reserve estimate.  Do you see that?
7  That's going to be in the third sort of full paragraph
8  on the first page.
9 A.  Oh, the first sentence of the third paragraph, yes.
10 Q.  Yeah.  Yeah.  So the -- the -- the -- a gas reserve
11  estimate is produced for every producing well in,
12  well, Michigan and in other places; isn't that right?
13 A.  Usually.
14 Q.  Okay.  And a volumetric gas reserve estimate expresses
15  how much gas there is in that particular reservoir
16  for -- isn't that correct?
17 A.  Well, it -- it depends what she, assuming it's a she,
18  is referring to here by volumetric.  Is that a
19  pressure production volumetric or a geologically
20  derived volumetric?  I don't know.  So I'd be cautious
21  about saying what that estimate is.
22 Q.  Okay.
23 A.  She also -- I mean, she uses the term "reserve," which
24  is -- a reserve estimate is different than total gas
25  in place.  So it's a little bit confusing as to what

Page 73

1  the author of this document is actually referring to.
2 Q.  Okay.  This author talks about a original volumetric
3  gas reserve of 80 million -- 80 MMCF; right?
4 A.  That's what it says.
5 Q.  Is that 80 million cubic feet?
6 A.  Yes.
7 Q.  Okay.  And a more recent reserve estimate showing 122
8  million cubic feet, an increase of more than
9  50 percent; right?
10 A.  The second line reads 122 million cubic feet, yes.
11 Q.  And as of September 1980 she says 280 million cubic
12  feet had been produced from that -- from that well and
13  it is still producing; right?
14 A.  Yes.
15 Q.  So that's apparently, according to Ms. Ferrara, the
16  Pilat 1-24 as of 1980 has produced more gas than
17  originally in place and it may be deduced that
18  Muttonville's gas is migrating to the producing well.
19  That's her -- that's her conclusion; right?
20      MR. STOCKMAN:  Objection.  Foundation.
21 A.  That's what this author deduces.
22 BY MR. KOCHANOWSKI:
23 Q.  Okay.  Because gas typically, I mean, you find it as
24  you find it; right?  It was produced, it was -- it was
25  made, it was -- God made it from old dinosaurs and

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 74

1    trees millions and millions of years ago and it is
2    what it is in every well; right?
3              MR. STOCKMAN: Object to form.
4 A.  I'm not sure what you're asking.
5 BY MR. KOCHANOWSKI:
6 Q.  Well --
7 A.  The native gas is native gas.
8 Q.  Right.  And short of it coming over from someplace
9    else, you -- you have a -- you find it and you extract
10   it and when it's all gone, the well is empty.  That's
11   in a typical -- in a typical situation; right?
12             MR. STOCKMAN: Object to form.  Foundation.
13 A.  That's correct.  Remember these are estimates.
14 BY MR. KOCHANOWSKI:
15 Q.  Okay.  So whether Ms. Ferrara was right or wrong about
16   the -- about where the gas came from, will you agree
17   with me that at least as of 1980 MichCon or ANR had
18   noticed that something was going on in the Pilat 1-24
19   well?
20             MR. STOCKMAN: Objection.  Form.
21   Foundation.
22 A.  Well, I think you've showed me a number of exhibits
23   where there's conflicting statements of opinion.  Some
24   of those opinions say that there was influence or
25   migration from Muttonville.  Others say they can see

Page 75

1    no influence.  I mean, we're talking about a period in
2    time of all these exhibits that are, you know, within
3    a 12-month period.
4 BY MR. KOCHANOWSKI:
5 Q.  Okay.
6 A.  The data doesn't change that fast.
7 Q.  I'm simply talking about -- about objective data here.
8    Isn't it true --
9              MR. STOCKMAN: Move to strike.
10             MR. KOCHANOWSKI: I'm talking about
11   objective data.  Asking about objective data, sir.
12   Not the opinion.
13 BY MR. KOCHANOWSKI:
14 Q.  Isn't it true that by November of 1980 ANR was in
15   possession of information that the Pilat 1-24 well was
16   producing more gas than had been originally estimated
17   and then reestimated for that well?
18             MR. STOCKMAN: Objection.  Foundation.
19 BY MR. KOCHANOWSKI:
20 Q.  I mean, that's what Paragraph 3 says, doesn't it?
21 A.  I read Paragraph 3 as a statement from one engineer
22   that -- comparing a bunch of numbers that I personally
23   have no ability to verify that -- what this individual
24   says is that more gas was produced than the two
25   volumetric estimates.

Page 76

1 Q.  Okay.  Well, when Mr. Fodor approached you and your
2    colleagues back in the mid '90s, one of the things
3    that he told you was that his -- the Pilat 1-24 well
4    was producing much more gas than had been originally
5    believed to be in the well; isn't that right?
6 A.  As I recall.
7 Q.  Okay.  And, in fact, that well was considered either
8    substantially or totally depleted by the time Reef
9    Petroleum ceased production there; wasn't that right?
10             MR. STOCKMAN: Objection.  Foundation.
11 A.  I would -- that would be someone else's term.  That's
12   not a determination that I or anyone else in the
13   company would have made in terms of economic
14   depletion.
15 BY MR. KOCHANOWSKI:
16 Q.  Okay.  But we're -- we're in agreement, aren't we,
17   that -- that Mr. Fodor gave you information that the
18   well was producing more gas than had been believed to
19   be in the well going back 20, 30, or 40 years; isn't
20   that right?
21 A.  Subsequent information, remember 15 years hence to
22   these documents that you're showing me here, also
23   provided us with information that that accumulation
24   was larger in our opinion, and we also have to look at
25   the state of our -- of the reservoir that we actually

Page 77

1    control.
2 Q.  Okay.  Sir, I'm not asking you for whether your
3    opinions back then end up being right or wrong.  I'm
4    asking you to comment whether or not Mr. Fodor gave
5    you information that was essentially the same
6    information as this engineer looked at 15 years
7    earlier, that there had been an increase in production
8    from estimates, from reserves of that well; isn't that
9    right?
10             MR. STOCKMAN: Objection.  Form.
11   Foundation.
12 A.  Yes.  By the mid '90s more gas had been produced than
13   produced as quoted here in this November 1980
14   document.
15 BY MR. KOCHANOWSKI:
16 Q.  Right.  And in 1980 that increase in production, that
17   unexplained increase in production and the fact that
18   the well kept producing led at least this engineer to
19   agree with the notion that there was a high
20   probability that the gas was coming over from
21   Muttonville; isn't that correct?
22             MR. STOCKMAN: Objection.  Form.
23   Foundation.
24 BY MR. KOCHANOWSKI:
25 Q.  Well, that's what the document says, isn't it?

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 78

1 A.    That's what the document says.

2 Q.    Okay.

3           MR. STOCKMAN:  Counsel, we've been going

4     for two hours and you haven't even gotten up to a

5     point in time when the witness worked at the company.

6           MR. KOCHANOWSKI:  Okay.

7           MR. STOCKMAN:  I mean, when are you going

8     to ask him questions about things he actually did?

9           MR. KOCHANOWSKI:  Okay.

10 BY MR. KOCHANOWSKI:

11 Q.    And -- and 15 years later Mr. Fodor came with the same

12     objective evidence and the same objective conclusion

13     in his mind, right, that -- that if there was more gas

14     and continuing pressure buildup in his well and

15     production from his well than had been expected had

16     been reserved that the indication was that it came

17     from Muttonville?  Same conclusion as Ms. Ferrara;

18     right?

19 A.    That would appear to be Mr. Fodor's supposition.

20 Q.    Okay.  So what was your position by the mid 1990s?

21        Who did you -- strike that.  Who did you

22     report to by the mid 1990s?

23 A.    Rick Gentges.

24 Q.    Okay.  And what was Mr. Gentges' position?

25 A.    I think he was director.

Page 79

1 Q.    Of what?

2 A.    Of the Reservoir Services or whatever the group was

3     named at the time.

4 Q.    Okay.  What did Reservoir Services do?

5 A.    The -- the technical reservoir engineering, geology of

6     the gas storage fields.

7 Q.    And how many people were in that group, roughly?

8 A.    Well, what year?  I don't recall at the time.

9 Q.    Okay.  Let's go --

10 A.    I mean, we had -- we had some people in the office.

11     We also had a drilling and well services group out of

12     Big Rapids, Michigan.  We had a few individuals in

13     other locations in Michigan that reported up through

14     that structure.  So I -- I don't recall how many

15     people were in that structure.

16 Q.    Okay.  And what were your responsibilities as of say

17     1993, 1994 in that group?

18 A.    Yeah.  I think in 1993, '94 I was probably prin -- my

19     title was principal geologist, so principal level

20     position.

21 Q.    Okay.  So on a day-to-day basis what did you do?

22 A.    I had geologic responsibilities just in general as

23     they came up as well as specific responsibilities for

24     certain reservoirs, doing the reservoir engineering

25     aspects of those, and then sometimes special studies

Page 80

1     that Mr. Gentges might ask me to do.

2 Q.    Okay.  By that time had the company sort of

3     standardized the -- the generation of something called

4     the Storage Inventory Report?

5 A.    We did a storage inventory analysis and report every

6     year.

7 Q.    Okay.  And was that typically towards the end of the

8     year?

9 A.    The report would come out towards the end of the

10     calendar year.

11           MR. KOCHANOWSKI:  I'm going to mark as

12     Exhibit 6 a document bearing production numbers TC4466

13     to 4480.

14           (Marked EXHIBIT 6 for identification)

15 BY MR. KOCHANOWSKI:

16 Q.    And it appears to be titled a -- there's a cover

17     letter and then another letter dated January of 1994

18     from Jack Elenbaas to Rick Gentges relating to the

19     December 6 and 7, 1993, Storage Inventory Report for

20     the ANR Pipeline Company owned and leased storage

21     fields.  Do you see that?

22 A.    Yes.

23 Q.    Okay.  And in the cover letter he talks about -- about

24     conferences -- two days of conferences discussing the

25     report and establishing non-recoverable gas volumes

Page 81

1     for each storage field.  Do you see that?

2 A.    Yes.

3 Q.    And was that typical that there would be an actual

4     conference, you know, within ANR where Mr. Elenbaas

5     and others would discuss, you know, various things

6     about the storage fields?

7 A.    Yes.

8 Q.    Okay.  And did you participate back in the 1990s in

9     those conferences?

10 A.    Yes.

11 Q.    All right.  And were there points in time, sir, when

12     you took a draft report and you wrote up some notes

13     about it with suggestions?

14 A.    Yes.

15 Q.    Okay.  So you were a substantive participant in those

16     conferences; right?

17 A.    Yes.  Certainly during this time period and then when

18     I was a manager.

19 Q.    Okay.  And how many people -- how many people

20     typically participated in these conferences?

21 A.    Well, at this period of time we employed Walter Dowdle

22     as the primary independent engineering auditor.  We

23     had continued to employ Mr. Elenbaas as an additional

24     auditor and primarily for the historical context

25     because Mr. Elenbaas could take us back to 1949 or '50

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 82

1    with respect to things that had happened in some of
2    the older storage fields.  There would be management
3    there, so when I was manager, that might involve me as
4    well as Mr. Gentges as the director, and then as we
5    discussed particular storage fields, there would be
6    the engineer who was actually doing the calculations
7    and the work.  At the time where I was a principal
8    level and not a manager, I may have been asked to sit
9    in and just provide an overall review and -- and fill
10   in in case Mr. Gentges had to leave the room or
11   something like that.
12 Q.  Were these reports also -- in draft form also provided
13       to inhouse lawyers or outside lawyers for the company?
14 A.  I don't recall.  Legal had a chance to view the
15       reports at some point in time as well as internal
16       audit.  So there was -- but I -- you know, at this
17       period of time I don't recall exactly where the
18       intersection of -- I think today you might describe
19       legal and internal audit at this point in time as
20       being more of an inform rather than a consult.  We --
21       so . . .
22 Q.  Okay.  And what -- take a look at this report.  Is
23       this the general form that Mr. Elenbaas followed, you
24       know, on an annual basis, that -- that he'd
25       participate, he'd review, and then he would offer his,

Page 83

1    as he says, response to the proposed Storage Inventory
2    Report?
3 A.  Yes.  We would get a written report from Mr. Elenbaas
4       after the meeting, the in-person review meeting.
5 Q.  Okay.  So this is dated January 7, 1994, and his cover
6       letter is the 10th, I think.  But -- but the letter to
7       Gentges is dated January 7th, '94; right?
8 A.  Yes.
9 Q.  And did Mr. Gentges provide these to you or did
10      Mr. Elenbaas also provide them to you when he
11      generated them?
12 A.  First of all, just -- it's Mr. Gentges, so the
13       pronunciation.
14       Parson.  Sure.
15 A.  And I would have seen these.
16 Q.  Okay.
17 A.  And, no, they would not have been -- unless it's
18       expressly cc'd to me, I would not have received them
19       from Mr. Elenbaas, but Mr. Gentges was in the habit of
20       making them available to staff.
21 Q.  Okay.  And -- and in 1994, January 1994, Mr. --
22       Mr. Elenbaas is sort of reviewing -- let's go to
23       Muttonville.  It's on Page 4.  It's TC4471.  He's
24       reviewing a number of fields, but I'm interested in
25       Muttonville field here.  His only comment -- his

Page 84

1    comment on that is that the non-effective gas volume
2       in Muttonville for '92, '93 is 1.4 billion cubic feet.
3       Do you see that?
4 A.  Yes.
5 Q.  Okay.  And do you have any understanding of why in
6       1992 and 1993 the non-effective gas volume in
7       Muttonville is -- looks like 40 percent higher than
8       what Dr. Katz had calculated back in 1980?  Remember
9       we looked at that?  It said 1.0 billion cubic feet.
10      Do you have any understanding of why that gas volume
11      changed by 40 percent?
12 A.  Well, the non-effective gas volume is calculated every
13       year for the two shut-in points that are analyzed, and
14       so that number varies every year.
15 Q.  Okay.
16 A.  Up and down.
17 Q.  Okay.  So you would expect the number to vary by how
18       much every year?
19 A.  That depends on the storage field in question.  I
20       mean, the -- the variability can be significant based
21       on how much gas is cycled from the field and the
22       length of shut-in, the quality of the data, a host of
23       other parameters.
24 Q.  Okay.
25              (Marked EXHIBIT 7 for identification)

Page 85

1 BY MR. KOCHANOWSKI:
2 Q.  I'm going to hand you Exhibit 7.  I think I gave you
3       two copies by accident.  Exhibit 7 is TC3430 to 3431.
4       It is a piece of Inter-Corporate Correspondence from
5       someone named C.A. Penabaker to Mr. -- I'm sorry.  Is
6       it Gentges?
7 A.  Gentges.
8 Q.  Gentges.  Do you know Mr. -- did you know
9       Mr. Penabaker?
10 A.  It's Ms. Penabaker.  Yes, I knew her.
11 Q.  Okay.  What was her role?
12 A.  She was a reservoir engineer for the company working
13       in the same group as I.
14 Q.  Okay.  Do you know why Ms. Penabaker was examining
15       logs, completion records, and well test data from the
16       Department of Natural Resources for the Pilat 1-24
17       well back in November of 1994?
18 A.  We took all inventory analyses seriously, and if there
19       was a source of uncertainty, it was investigated, so
20       beyond that I can't say why she may have done it under
21       the direction of Mr. Gentges.
22 Q.  Okay.  Well, on the second page -- on the second page
23       of this memo, your name is mentioned in the second to
24       last paragraph.  Do you see that?
25 A.  I see that.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 86

1  Q.   And it talks about something you and Ms. Penabaker
2       determining OGIP, O-G-I-P, estimates.  Can you tell us
3       what OGIP stands for?
4  A.   Original gas in place.
5  Q.   Okay.  And you estimated that the original gas in
6       place could have been between 271 and 854 million
7       cubic feet; correct?
8  A.   859 is what it says.
9  Q.   I'm sorry if I --
10      But that's what the statement says.
11 Q.   Okay.  And then there's a statement that says,
12      "Estimates determined by Y. Hekim," H-E-K-I-M, "put
13      field content at 531 million cubic feet"; right?
14 A.   That's what it says.
15 Q.   Okay.  Is Mr. or Ms. Hekim part of your department or
16      ANR?
17 A.   Mr. Hekim, it's a Mr., Mr. Hekim was part of the
18      department at the time.
19 Q.   So it looks like you, Ms. Penabaker, and
20      Mr. Hekim all were trying to figure out how much gas
21      was in place at the Pilat 1-24 well, correct, as of
22      November 1, 1994; correct?
23 A.   Using the data available as of that date, yes.
24 Q.   Why were you looking at Pilat 1-24 as of November 1,
25      1994?

Page 87

1  A.   Well, the Pilat well was always the subject of
2       discussion and inventory reviews, and I don't know why
3       at this particular time, but that was us investigating
4       sources of uncertainty, and the uncertainty and
5       non-effective gas at Muttonville at this time was
6       requiring us to take a look at all potential sources
7       of uncertainty.
8  Q.   Okay.  But by November 1994 Mr. Fodor was -- was the
9       operator at that well; correct?
10 A.   If you say so, yeah.
11 Q.   Okay.  Well, my records, our records show that
12      Mr. Fodor contacted you a month later in December 1994
13      with his complaint, with his questions about -- about
14      migration.  So -- so if we keep that in mind, my
15      question to you, sir, is why in November were three
16      people at your company looking at logs, completion
17      records, and well test data that you got from the DNR
18      about this well?
19 A.   I can't answer the timing.  I don't recall.
20 Q.   Okay.
21 A.   I mean, I don't recall why the timing of the study was
22      that particular timing.
23 Q.   Well, I mean, was it routine for your company to at
24      the time to go to the -- to the state and get all
25      these detailed records for every plot of land that was

Page 88

1       producing oil -- I'm sorry, gas around all of your
2       fields?  Was that part of your general -- general
3       practice?
4  A.   We did that for other fields, yes.  I mean, I can't
5       recall all the instances, but there were certainly
6       other fields that we -- the only available records
7       were sometimes from state sources.
8  Q.   Okay.  But -- but you were doing it for fields that
9       had migration issues, weren't you?
10 A.   No.  They weren't all that.
11 Q.   There were some --
12 A.   Remember, my duties involved geological mapping, and
13      that involves the estimation of closure of a reservoir
14      and so many other things, so our general interest was
15      staying abreast of the things that were going on in
16      and around our reservoirs.
17 Q.   Okay.  One of the things that -- that was examined
18      here was gas analysis.  Do you see that?
19 A.   You're saying on Page 1, --
20 Q.   Yes.
21 A.   -- TC3430?
22 Q.   Yeah.
23 A.   I see that.
24 Q.   Okay.  Now, that's the gas analysis.  It says the well
25      had two gas analysis run both in May 1997.  Is that

Page 89

1       something that the state would keep or is that your
2       own records that this is referring to?
3  A.   I don't recall.
4  Q.   Okay.  Is it -- to the best of your knowledge, does
5       the -- does the Department of Natural Resources keep
6       gas analysis of -- such as that that's indicated in
7       this memo?
8  A.   I think so.  If I go on the state website today, I can
9       find gas samples.
10 Q.   Okay.  So this showed -- this at least showed you --
11      I'm sorry.  Withdraw the question.
12           This would show you that -- the content of
13      the gas at the well as of May 1997; right?
14 A.   That's what it -- 1977.
15 Q.   I'm sorry.  1977.  Okay.  So that's -- and that's
16      before -- before ANR started the storage -- its
17      storage operations or right around the time that ANR
18      started storage operations at Muttonville; correct?
19           MR. STOCKMAN:  Objection.  Foundation.
20 A.   Could you repeat the question?
21 BY MR. KOCHANOWSKI:
22 Q.   Sure.  Sure.  May 1997 -- the May 1997 gas analysis at
23      Pilat 1-24 --
24           MR. STOCKMAN:  1977.
25 BY MR. KOCHANOWSKI:

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 90

1 Q.  I'm sorry.  Strike that.  The gas analysis as of
2      May 1977 was about the time, give or take a year or
3      so, that Muttonville started its storage operation?
4              MR. STOCKMAN:  Object to form.
5 BY MR. KOCHANOWSKI:
6 Q.  Isn't that correct?
7 A.  That's about right.  I think Muttonville started
8      perhaps a year or a year and a half earlier than that.
9 Q.  Okay.  And according to Dr. Katz, it would take about
10     a year or so for gas to migrate if, in fact, there was
11     gas communication between Muttonville and the Pilat
12     well; isn't that right?
13             MR. STOCKMAN:  Objection.  Foundation.
14 A.  Based on what, I don't know.
15 BY MR. KOCHANOWSKI:
16 Q.  You don't know.  Okay.  The -- the -- is it fair to
17     say that the gas -- the specific gravity of
18     .60 percent indicated on this gas analysis as of
19     May 1977 would give you kind of a true picture of what
20     the specific gravity was sort of uncontaminated by --
21     strike that.  Strike that question.  Let me try it
22     this way.
23             Would the specific gravity as of May 1977
24     indicated in this report give you an accurate picture
25     of the -- of the gas in the Pilat 1-24 well?

Page 91

1              MR. STOCKMAN:  Object to form.
2 A.  Well, I don't know.  Presumably it was a native gas
3      sample, but there's some things here that don't make
4      sense to me.  But I'm assuming that Ms. Penabaker
5      wrote up the analysis of the gas fairly.
6              MR. STOCKMAN:  What are your thoughts about
7      lunch?
8              MR. KOCHANOWSKI:  That I like it.
9              MR. STOCKMAN:  I mean, I am agnostic as to
10     when we break, but what is the -- what does the
11     witness think?
12             MR. KOCHANOWSKI:  What does the witness
13     think?
14             THE WITNESS:  I'm fine with breaking for
15     lunch whenever the rest of the group.  I have no need
16     to break right now for lunch, but if you'd like to set
17     a time and we just kind of have counsel stick to that.
18             MR. KOCHANOWSKI:  Sure.  How about like
19     in -- in a half hour?
20             MR. STOCKMAN:  That works for me.
21             MR. KOCHANOWSKI:  Fine.
22             MR. STOCKMAN:  Is it for you?
23             THE WITNESS:  Yes.
24             MR. KOCHANOWSKI:  Great.
25             (Marked EXHIBIT 8 for identification)

Page 92

1 BY MR. KOCHANOWSKI:
2 Q.  I've handed you marked as Plaintiff's Exhibit 8 a
3      document called TC -- I'm sorry, bearing production
4      numbers TC3447 to 3448.
5 A.  Yes.
6 Q.  Is this a two-page report or memo that -- that you
7      prepared?
8 A.  Yes.
9 Q.  On or about January 12th, 1995?
10 A.  Yes.
11 Q.  Okay.  And why did you prepare this report?
12 A.  I don't recall specifically other than I was probably
13     requested to do it and it -- I'm also assuming that
14     relates to that prior memo that you showed from
15     Ms. Penabaker.
16 Q.  Well, do you have any recollection of Mr. Gentges
17     telling you to prepare this report because Mr. Fodor
18     had raised concerns about the -- about encroachment?
19 A.  I just don't recall that was the primary motivation.
20     I just don't recall what the order, quote unquote,
21     would be to have done the study.
22 Q.  Okay.  Well, can you think of any other reason
23     why in January of 1995 your group, your Reservoir
24     Services group, would be looking at the possibility of
25     a connection between the Muttonville Reef -- the

Page 93

1      Muttonville storage facility and the Pilat 1-24?
2 A.  Well, you're asking me to speculate.  The -- again, we
3      were in the habit of doing annual inventory
4      assessments.  The presence of the Pilat, as you've
5      pointed out, was known since the late 1970s.  It was
6      something that was picked up and looked at more or
7      less formally at various times.  This appears to be a
8      time where we looked at it more formally.  Again, I
9      can't recall the specific motivation to do it at this
10     particular time.
11 Q.  All right.
12 A.  The -- non-effective gas volumes at Muttonville
13     were relatively high at the time, but other than that,
14     I'm speculating as to the motivation here.
15 Q.  Okay.  The -- is it -- would you call this a report or
16     would you call this a summary or what would you --
17     what would you call this document?
18 A.  I'd call it an interoffice memo of my investigations
19     within the confines of whatever I describe here.  It
20     seems like this would have been attached to some
21     actual exhibits.  But, yeah.  I mean, it was an
22     interoffice memo to my direct supervisor, who was
23     Mr. Gentges at the time.
24 Q.  Okay.  Now, the -- the last paragraph of the first
25     page kind of summarizes some observations that you

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 94

1    made in the -- in the preceding seven paragraphs;
2    right?
3  A.  Okay.  I'm reading it.
4  Q.  Sure.
5  A.  Okay.
6  Q.  Now, you said, "The significance of these
7    observations," that -- that -- I think -- that refers
8    to Paragraphs 1 through 7, "is that there is not
9    conclusive structural evidence to close the
10   Muttonville reef completely in the direction of the
11   Pilat well and, in fact, the data weakly suggest the
12   preconditions necessary for rudimentary mound
13   development (a ridge)."
14         Those are your words?
15  A.  Those are my words.
16  Q.  Okay.  So here you, if I may paraphrase, see if you'll
17   agree with this, you said that according to your
18   observations there is a possibility that there are
19   some geological structures that would suggest a
20   connection between the Pilat and the Muttonville Reef;
21   isn't that correct?
22         MR. STOCKMAN:  Objection.  Foundation.
23  A.  That is part of my conclusion.  It's not the entirety
24   of my conclusion.
25  BY MR. KOCHANOWSKI:

Page 95

1  Q.  Okay.  And -- and that's what you were asked to do was
2    to look at the geological conditions?
3  A.  Yes.
4  Q.  All right.  So you did not close off entirely, based
5    on your geological observations and analysis and your
6    training and your education, you didn't close off
7    entirely the notion that there was a complete
8    containment of the Muttonville storage field vis-à-vis
9    the Pilat 1-24 well; right?
10         MR. STOCKMAN:  Objection.  Foundation.
11   Form.
12  A.  What I'm stating here is there was -- there was enough
13   uncertainty in what I saw.  So as a geologist, I was
14   hoping to train myself through my career to never
15   close off, you know, and to say a hundred percent
16   we're in the subsurface.  It's hard to be 100 percent
17   certain.
18  BY MR. KOCHANOWSKI:
19  Q.  And just to be -- just to be clear, back in those days
20   the geological review was just one of the reviews you
21   would -- you would run to see if the Pilat was in
22   communication with the Muttonville storage facility;
23   right?
24  A.  The geologic framework informs the reservoir
25   engineering data and vice versa.

Page 96

1  Q.  Right.  So here, for instance, you don't look at any
2    kind of gas analysis; right?
3  A.  No.
4  Q.  Okay.  But gas analysis is another piece of that tool
5    kit, as it were; right?
6  A.  It's one tool in the tool kit.
7  Q.  Sure.  And a pressure analysis of the pressures
8    between -- between the Pilat and Muttonville and over
9    time and -- or so forth, that would be another type of
10   tool kit analysis that you could use to examine
11   whether there's a communication between these two --
12   these two reservoirs; right?
13  A.  That is another tool.
14  Q.  Okay.  And -- but you didn't use that either in this
15   report?
16  A.  This report looks at the geologic framework.
17  Q.  Do you recall ever revising your opinion in any kind
18   of memo that says, you know, to your superiors, you
19   know, thinking about it some more, I think that there
20   is no chance that there is underground communication
21   between these two reservoirs?
22         MR. STOCKMAN:  Objection.  Foundation.
23  A.  Well, did you use the term "ever" in your question?
24  BY MR. KOCHANOWSKI:
25  Q.  Yeah.

Page 97

1  A.  Well, I don't recall everything over many years I
2    would have said and done.  I mean, and my mind goes to
3    the last number of years that I was director and the
4    studies that we did, so, I mean, I would say in
5    general my mind -- my mind and leadership of the group
6    when I had managerial and directorial responsibility
7    was to continue to investigate uncertainties.
8  Q.  Okay.
9         (Marked EXHIBIT 9 for identification)
10  BY MR. KOCHANOWSKI:
11  Q.  I've marked as Exhibit 9 a one-page memo bearing
12   production number 5067, TC5067, from your boss to
13   Mr. Kobasa with copies to you and Ms. Penabaker.  Do I
14   have that right?
15  A.  Yes.
16  Q.  Okay.  And that's dated February 22nd, 1995.
17  A.  Yes.
18  Q.  Do you recall getting this -- reviewing this
19   document -- getting or reviewing this document either
20   25 years ago or -- or the other day, Mr. Nowaczewski?
21  A.  Yeah.  I would recall it when I saw it.
22  Q.  Okay.  Who was Mr. Kobasa?
23  A.  As I recall, at the time Mr. Kobasa was a vice
24   president to whom Mr. Gentges reported, so this would
25   be a inter-corporate memo to his superior.

STEPHEN   NOWACZEWSKI
February 17, 2022

Page 98

1  Q.  All right.  Now, let's go -- let's go through this
2      memo a little bit.  Maybe it'll refresh everyone's
3      recollection as to some things that happened.  It
4      says, "On February 21," and it's 1995, "we met with
5      Mr. Tom Fodor," it's actually Tim Fodor, "President,
6      Michigan Geosearch Incorporated, and John Odinga at
7      MGI's office in St. Clair to discuss the production
8      history of the Pilat 1-24 well."
9              Let me stop there.  Were you present at
10     that meeting?
11 A.  To the best of my recollection, I was there.
12 Q.  Okay.  And who else was there, to the best of your
13     recollection?
14 A.  Well, I remember -- I remember Mr. Gentges being
15     there.  I don't -- and Mr. Fodor I think was the first
16     and perhaps only time we'd ever met, but . . .
17 Q.  Sure.  Before today.
18 A.  Before today.
19 Q.  Okay.
20 A.  Yeah.  There may have been other people in the room.
21     I don't specifically recall that.
22 Q.  Okay.  And, in your mind, what was the purpose of that
23     meeting?
24 A.  My understanding was Mr. Fodor had contacted
25     Mr. Gentges at some point and, you know, had a concern

Page 99

1      about the conditions that he was observing in the
2      Pilat well and wanted to talk about those concerns.
3  Q.  Okay.  Well, what were the concerns as you recall
4      them?
5  A.  My recollection is that Mr. Fodor felt that the
6      Muttonville gas storage reservoir might be influencing
7      and/or leaking into the Pilat accumulation.
8  Q.  So using the words we kind of used a little earlier
9      today, he was suggesting that gas from Muttonville was
10     migrating away from Muttonville and into the
11     Pilat 1-24; right?
12 A.  Well, I want to be cautious with migrating.  It was
13     moved -- migrating in terms of moved.  Migrating in
14     the sense of when we talked about it at first with the
15     Dr. Katz study as in migrating no longer in pressure
16     communication.  I think what Mr. Fodor, and I hesitate
17     to put meaning or thoughts behind Mr. Fodor's actions,
18     but what -- the sense I got was that Mr. Fodor
19     believed that storage gas had come into his production
20     unit at the Pilat well.
21 Q.  Okay.  He was suggesting that -- that there was some
22     underground communication, some -- some way in which
23     that gas that was -- the storage facility was a little
24     ways north, northwest, I guess, was coming into his
25     well; is that right?

Page 100

1  A.  Yes.  I think that's a fair summary.
2  Q.  Okay.  And for whatever reason, he felt that it was
3      interfering with his operation at the well; right?
4  A.  I can't answer to his feeling of interference.
5  Q.  Well, he didn't say thank you for the gas, did he?
6  A.  He could have.
7  Q.  Well -- he could have.  He could have danced on a
8      tree, too, but -- but he didn't.  He asked -- he asked
9      what MG -- I'm sorry, what ANR was going to do about
10     this situation, didn't he?
11 A.  Well, I don't recall his specific words.
12 Q.  Okay.  How about his -- how about -- how about the
13     general tenor of this discussion?  I mean, was this an
14     informational meeting?
15 A.  My recollection is that Mr. Fodor's desire was that
16     ANR might purchase his well and its interests.
17 Q.  Okay.  And do you recall whether Mr. Fodor threatened
18     litigation at that time?
19 A.  No.  I don't recall that.
20 Q.  Okay.  In fact, do you recall Mr. Fodor ever
21     threatening litigation?
22 A.  I don't personally have any recollection of threats.
23 Q.  Okay.  So Mr. Fodor told you, according to the first
24     paragraph here, that he had produced some millions of
25     cubic feet of gas or the well had produced some 560

Page 101

1      million cubic feet of gas before its acquisition and
2      has since produced additional 160 million cubic feet
3      of gas and he told you about the pressures in the
4      bottomhole; right?
5  A.  Yes.  That's what it says here.
6  Q.  Okay.  And all of those objective numbers would
7      indicate that there was some -- something going on in
8      that well; isn't that right?
9  A.  Something going on.
10 Q.  Yes.  Something unusual.  Let me put it this way.
11     Both those sets of numbers that he gave you at that
12     point in time were the same sort of numbers and data
13     that your company's engineers had looked at 15 years
14     earlier; isn't that right?
15         MR. STOCKMAN:  Objection.  Foundation.
16 A.  It's the -- so production data, pressure data, gas
17     analyses, those are typical pieces of data that are
18     used in estimates of producible gas, gas in place and
19     other things.
20 BY MR. KOCHANOWSKI:
21 Q.  Sure.
22 A.  Again, as tools in a tool kit.
23 Q.  Sure.  But -- but he wasn't talking about gas -- any
24     kind of gas samples here.  He was simply talking,
25     according to this memo, about the fact that his well

STEPHEN  NOWACZEWSKI
February 17, 2022

Page 102

1  was producing substantially more gas than had been
2  anticipated when he purchased the well.  Let me try it
3  that way.  Isn't that the gist of what Mr. Fodor was
4  telling you at this meeting?
5 A.  I think I would characterize it differently.  When you
6  say more than anticipated, this memo specifically just
7  says they produced so much prior to MGI's acquiring
8  it, it has since produced an additional 160 million.
9  The next two sentences quote pressures.
10 Q.  Well, he says they shut the well -- let's talk about
11  the pressures.  They shut the well at the end of May
12  '94 and pressure has risen at that time from 400 psi
13  to 515 psi; right?  Those are kind of objective
14  numbers he gave you at that meeting; right?
15 A.  Yes.
16 Q.  And -- and based on your geological knowledge back in
17  1995 and your knowledge of how reservoirs and wells
18  work, there should be no rise in pressure after a
19  shut-in absent some -- some gas continuing to come
20  into the well; isn't that right?
21 A.  No.  That's a false statement.
22 Q.  It's a false statement.
23 A.  The way -- the way you said it, that's false.
24 Q.  Okay.
25 A.  After a shut-in, you expect a pressure to rise.

Page 103

1 Q.  By how much?
2 A.  That depends on the characteristic of the reservoir
3  and the volume of gas that's out there.
4 Q.  Okay.  According to this memo -- was this written by
5  Mr. Gentges or -- or was it written by you and he
6  signed it?
7 A.  No.  He would be the author of his own memos as best I
8  can recall.
9 Q.  Okay.  He says in Paragraph 3, "Based upon studies
10  we've conducted thus far, we would not expect pressure
11  on the Pilat well to rise above approximately 565 psi
12  bottomhole, assuming no connection to Muttonville."
13            Do you see those words?
14 A.  Yes.
15 Q.  Okay.  Is it -- is it fair to understand that back in
16  February of 1995 Mr. Gentges -- Mr. Gentges said that
17  the maximum pressure that the well would -- would
18  stabilize to if there was no connection would be
19  565 psi?
20 A.  Predicated with based upon studies we've conducted
21  thus far.
22 Q.  Okay.  So if the bottomhole pressure rose above 565
23  after February 20 -- February 22nd, 1995, and
24  Mr. Fodor continued the shut-in, would you then assume
25  that there is a connection to Muttonville?

Page 104

1      MR. STOCKMAN:  Objection.  Incomplete
2  hypothetical.
3 A.  It would cause a need to look at additional
4  information to confirm that, you know, something
5  wasn't missed in the prior analysis.
6 BY MR. KOCHANOWSKI:
7 Q.  But didn't Mr. Fodor subsequently tell you -- I'm
8  sorry, provide you with information that the
9  bottomhole pressure rose substantially above 565?
10 A.  I -- at some point in time my recollection is that the
11  pressure was -- was greater than 565.
12 Q.  Okay.  So based on Mr. Gentges' own words here, the
13  assumption that there was no connection to Muttonville
14  was wrong; isn't that right?
15      MR. STOCKMAN:  Objection.  Foundation.
16 A.  Again, he predicates that sentence saying "Based upon
17  studies we've conducted thus far," so I think as we
18  continue to get new information over the course of
19  time we have to look at the holistic story of what do
20  we see going on in our own reservoir that we
21  control --
22 BY MR. KOCHANOWSKI:
23 Q.  Okay.  Well --
24 A.  -- and we don't always control the information from
25  others, but we can control the information that we

Page 105

1  have in the Muttonville reservoir.
2 Q.  Well, one of the holistic information -- piece of
3  information that you had by this time was your memo
4  of, what was it, three or four weeks earlier that --
5  that concluded that there was some probability -- I'm
6  sorry, some possibility of a connection to
7  Muttonville; correct?
8      MR. STOCKMAN:  Objection.  Foundation.
9  Mischaracterizes the document.
10 BY MR. KOCHANOWSKI:
11 Q.  You may answer.
12 A.  My conclusions in the January 12, 1995, memo stand for
13  themselves.
14 Q.  Okay.  Well, your testimony about it also stands for
15  itself; correct?  Or do you wish to change it.
16 A.  No.  My -- my final paragraph in that document is my
17  conclusion.
18      MR. KOCHANOWSKI:  All right.  Is now a good
19  time for lunch?  It's 1:00.
20      MR. STOCKMAN:  Very good.
21      THE WITNESS:  Yeah.  I could probably
22  use -- my voice is breaking up a little bit.
23      MR. KOCHANOWSKI:  Sure.  Yeah.  I could
24  hear it.
25      VIDEO TECHNICIAN:  We are going off the