# EXHIBIT 033

7/10/00

# FERC Hotline Matter - TF-2000-253

Pilat # 1-24
Michigan DEQ Permit Number 31492
Lenox Township, Macomb County, Michigan
Drilling Date:       2/23/77 – 3/2/77
Completion Date:   5/5/77

## Summary

ANR has been in contact with Mr. Tim Fodor of Michigan Geosearch, Inc. (MGI) since 1994 regarding his contention that gas is migrating from ANR's Muttonville Storage Field into the Lenox 24 Field. Mr. Fodor contends that gas migration into the Lenox 24 Field, in which the Pilat # 1-24 is the only well, has damaged his well by increasing the pressure in the reservoir. Mr. Fodor has offered to sell the Pilat # 1-24 well to ANR for approximately $500,000. During 1999, MGI contacted the Michigan Public Service Commission (MPSC) regarding the Pilat # 1-24 after which ANR staff met with MPSC staff to review Muttonville Storage Field operating data. The MPSC has made no further inquiry of ANR regarding this matter. ANR continues to operate Muttonville and regularly analyzes storage field inventory. ANR's analysis of storage field operating data shows no evidence of gas migrating from the storage field into Lenox 24.

## Field History

The Muttonville Field was discovered in 1966 with the drilling of the Fawver # 1 well. Discovery pressure was 1,331 psig bottom hole and native gas had a specific gravity of 0.650 and a heating value of 1,100 BTU. Metered gas production from Muttonville was 9.075 Bcf (@ 14.73 psia pressure base) through June, 1975 when the field was converted to underground gas storage. Field shut-in bottom hole pressure at the time of conversion to gas storage was 523 psig. Lenox 24 was discovered with the drilling of the Pilat # 1-24 well in March, 1977. Discovery pressure was 1,317 psig bottom hole and native gas had a specific gravity of 0.658 and a heating value of 1,074 BTU. The Pilat # 1-24 produced 0.556 Bcf (@ 14.73 psia pressure base) from 1978 through 1985 and then was shut in until 1990 when an additional 0.176 Bcf (@ 14.73 psia pressure base) was produced from 1990 through 1994 for a total primary production of 0.732 Bcf.

Pilat # 1-24 was drilled by Reef Petroleum and transferred to Mosbacher Energy in October, 1984. The Michigan Department of Natural Resources issued plugging instructions for the Pilat to Mosbacher Energy in August, 1986, but the well was not plugged. Mosbacher Energy transferred the well to Michigan Geosearch in May, 1989.

EXHIBIT 33
Richard Gentges
2/23/2022
Cheri Poplin, CSR, RPR, CRR

TC014433

## Attached Graphics

1. Muttonville Pressure History - Graphic showing a time line of bottom hole pressures for Muttonville and Pilat # 1-24.
2. Pilat # 1-24 Gas Production - Semi-log plot showing monthly metered production volumes for the Pilat # 1-24.
3. Historical Gas Sample Analysis – Muttonville Storage Field - Table listing annual gas analysis test results for Muttonville injection and withdrawal gas.
4. Gas BTU - Graphic showing test results for gas BTU properties during primary production of Muttonville and Pilat # 1-24 along with Muttonville injection and withdrawal gas.
5. Gas Gravity - Graphic showing test results for gas gravity properties during primary production of Muttonville and Pilat # 1-24 along with Muttonville injection and withdrawal gas.
6. Structure Map - ANR's mapping of reef structure for Muttonville and Lenox 24. Muttonville's storage boundary is also displayed.

## ANR Analysis

ANR regularly evaluates its storage operation at Muttonville and has analyzed data supplied by MGI for the Pilat # 1-24 well. ANR concludes that there has been no evidence of gas loss from Muttonville. Even though the shut-in bottom hole pressure of the Pilat # 1-24 well has increased since the conclusion of primary production, historical bottom hole pressure data do not indicate pressure communication between Muttonville and Lenox 24. Furthermore, gas samples of produced gas from the Pilat # 1-24 continues to display native gas qualities. Based on the following factors, ANR has concluded that MGI's Pilat # 1-24 well is outside the Muttonville Storage Field and that ANR, consequently, has no interest in acquiring this well.

1. Drilling Data - The Pilat # 1-24 is approximately ¼ mile outside Muttonville's storage boundary. Three dry holes were drilled between the Pilat and the Muttonville Storage Field. ANR's structural interpretation shows these three wells listed below defining the edge of Muttonville and Lenox 24.
   1) F. Donley # 1, NW NE NW Section 24, Lenox Township, Macomb County, MDEQ Permit # 26638, Drilled in 1966
   2) Lopatkiewicz # 1, W/2 NW NE Section 24, Lenox Township, Macomb County, MDEQ Permit # 27177, Drilled in 1968
   3) F. Paonessa # 2, NW SW SE Section 13, Lenox Township, Macomb County, MDEQ Permit # 27208, Drilled in 1968
2. Bottom hole pressure data - Pilat # 1-24 was discovered 11 years after Muttonville at essentially the same discovery bottom hole pressure. Pressure communication between the reefs would have caused a reduction in the discovery pressure at the Pilat. Even though Muttonville has been operated at an average pressure significantly above the Pilat since its discovery, no conclusive evidence of pressure communication has been observed in historical bottom hole pressure test data.

3. Gas analysis test results - Pilat # 1-24 gas samples continue to be similar to Muttonville native gas and unlike Muttonville storage gas using gas gravity and gas BTU values.
4. The Pilat # 1-24 is completed in a tight, low permeability reservoir. Both phases of primary production showed steeply declining production of native quality gas, with no evidence of dilution associated with storage gas which has a much lower gas gravity and heat content. This well has likely produced all of its economically recoverable reserves. Thus, there is no basis for ANR to acquire this well.
5. As the attached correspondence indicates (letters dated May 9, 1996; May 30, 1997; and September 10, 1998 from the Michigan Department of Environmental Quality ("MDEQ") to Thomas Fodor), the Pilat 1-24 well has been the subject of a continuing inquiry by the MDEQ regarding the status of the well with respect to the obligation either to produce or plug the well.



TC014436

| Year | Gas Mcf |
|---|---|
| 1978 | 23,018 |
| 1979 | 189,235 |
| 1980 | 97,256 |
| 1981 | 78,017 |
| 1982 | 88,477 |
| 1983 | 46,103 |
| 1984 | 23,844 |
| 1985 | 10,354 |
| 1986 | 0 |
| 1987 | 0 |
| 1988 | 0 |
| 1989 | 0 |
| 1990 | 34,501 |
| 1991 | 66,961 |
| 1992 | 33,364 |
| 1993 | 29,462 |
| 1994 | 11,555 |
| 1995 | 0 |
| 1996 | 0 |
| Total | 732,147 |



Pilat # 1-24 Gas Production

TC014437

### HISTORICAL GAS SAMPLE ANALYSIS - MUTTONVILLE STORAGE FIELD

| LOCATION | SAMPLE DATE | GRAVITY | % $N_2$ | % $CO_2$ | $C_1/C_2$ | $C_1/C_3$ |
|---|---|---|---|---|---|---|
| **Native Gas** | | | | | | |
| Fawver 1 | 10/67 | 0.651 | 2.38 | 0.21 | 18.2 | 39 |
| Kethe 1 | 02/68 | 0.641 | 2.15 | 0.11 | 18.7 | 39 |
| Fawver 2 | 02/68 | 0.638 | 2.51 | 0.08 | 19.3 | 41 |
| Kethe-Claggett 1 | 12/70 | 0.647 | 2.30 | 0.04 | 18.7 | 40 |
| Withdrawal Gas | 02/78 | 0.594 | 1.51 | 0.39 | 28.3 | 235 |
| | 02/81 | 0.579 | 1.99 | 0.37 | 51.3 | 477 |
| | 02/86 | 0.587 | 1.87 | 0.54 | 39.8 | 297 |
| | 03/87 | 0.577 | 1.36 | 0.49 | 56.4 | 563 |
| | 02/88 | 0.586 | 1.68 | 0.52 | 45.5 | 307 |
| | 02/89 | 0.582 | 1.60 | 0.56 | 50.0 | 384 |
| | 02/90 | 0.585 | 1.72 | 0.54 | 42.3 | 317 |
| | 01/91 | 0.586 | 1.98 | 0.68 | 40.1 | 327 |
| | 02/93 | 0.585 | 1.70 | 0.68 | 37.8 | 349 |
| | 02/94 | 0.588 | 1.64 | 0.78 | 36.0 | 299 |
| | 02/95 | 0.587 | 1.74 | 0.77 | 36.3 | 320 |
| | 02/96 | 0.590 | 1.67 | 0.73 | 37.0 | 255 |
| | 02/97 | 0.586 | 1.65 | 0.80 | 34.8 | 348 |
| | 03/98 | 0.586 | 1.71 | 0.77 | 37.3 | 416 |
| | 05/99 | 0.584 | 1.59 | 0.83 | 38.8 | 372 |
| | 02/00 | 0.585 | 1.65 | 0.78 | 36.1 | 449 |
| Injection Gas | 07/86 | 0.575 | 1.58 | 0.48 | 61.4 | 852 |
| | 09/87 | 0.577 | 1.47 | 0.53 | 57.8 | 727 |
| | 09/88 | 0.578 | 1.65 | 0.49 | 57.6 | 519 |
| | 08/89 | 0.580 | 1.98 | 0.51 | 53.3 | 506 |
| | 09/90 | 0.585 | 1.93 | 0.64 | 38.1 | 451 |
| | 08/91 | 0.584 | 1.85 | 0.68 | 45.6 | 372 |
| | 09/92 | 0.582 | 1.70 | 0.70 | 42.1 | 500 |
| | 08/93 | 0.586 | 1.65 | 0.73 | 35.0 | 319 |
| | 07/94 | 0.588 | 1.74 | 0.76 | 34.8 | 306 |
| | 08/95 | 0.587 | 1.79 | 0.78 | 35.7 | 354 |
| | 09/96 | 0.585 | 1.70 | 0.79 | 37.4 | 452 |
| | 10/97 | 0.583 | 1.68 | 0.79 | 38.4 | 697 |
| | 06/98 | 0.583 | 1.66 | 0.79 | 36.5 | 730 |
| | 08/99 | 0.583 | 1.65 | 0.88 | 39.0 | 524 |

June 14, 2000



Gas BTU

Legend: ◆ Withdrawal Gas · Injection Gas △ Pilat 1-24 ◇ Muttonville Native Gas



TC014440



TC014441