

**ANR Pipeline Company**
A SUBSIDIARY OF PACIFIC ENTERPRISES
The Energy People

# 1999
# Storage Field
# Inventory Report
### (Fall 1998–Spring 1999 Cycle)

Reservoir Engineering and
Geology Department
December, 1999

ANR Pipeline Company Storage Fields

Confidential

TC013456

## EXECUTIVE SUMMARY

Reservoir Engineering and Geology (RE&G) met with consulting engineers Messrs. Dowdle and Eilenbaas on December 2-3, 1999 to review the annual inventory verification study of the owned storage fields. As with past reviews, any operational changes which have influenced reservoir performance or affected growth patterns were discussed, along with the methodologies used to analyze this data.

The Capac field 1998-1999 non-effective gas volume is 7,549 MMcf, which is higher than average. The high non-effective volume results from a combination of high fall 1998 volume (38.2 Bcf total gas-in-place to 0 psia), relatively low withdrawal volume (net of only 10.9 Bcf), and short shut-in periods (five days in fall 1998 and 17 days in spring 1999). Application of pressure stabilization techniques suggests that virtually all of the gas content can be verified. Overall, the storage operations are stable and are not resulting in loss of gas, although some impoundment of gas is occurring in the north and on the edges of the field. Gas impounded in these areas is recoverable, and Capac's non-recoverable gas volume remains at 0 Bcf.

The 1998-1999 non-effective gas volume for Central Charlton is 550 MMcf, a slight increase relative to previous years due to balance adjustments and short shut-ins. Additional pressure stabilization would reduce the unverified volume to around 0.2 Bcf. One ongoing operating concern at Charlton (and South Chester) is the $CO_2$ content of injection gas. A plan has been developed to control the $CO_2$ level by blending lower $CO_2$ gas from Great Lakes' pipeline with higher $CO_2$ Antrim gas to achieve an average injection composition of 1.25 mol. pct. $CO_2$, or less. Withdrawals of only 3.6 Bcf were required from Charlton during the 1998-1999 winter, the second consecutive year of moderate use of the field.

Confidential

## EXECUTIVE SUMMARY - PAGE 2 OF 2

Muttonville's 1998-1999 non-effective gas volume is 238 MMcf, a typical value; with additional pressure stabilization, all the gas content to 0 psia is verified, although 0.1 Bcf is considered non-recoverable due to the difficulty in producing the gas below atmospheric pressure. No new information has become available in the past year from the Pilat 1-24 well on an offset reef. Due to the nature of the TransCanada contract storage service provided from Muttonville, several withdrawal and injection periods now occur throughout a 12-month period. During the past cycle, I/W activity occurred at Muttonville in every month except February and April.

The 1998-1999 non-effective gas volume in South Chester is 516 MMcf, which is less than the historical average. Additional pressure stabilization reduces the non-effective volume to approximately 0.2 Bcf. The non-recoverable volume at Chester remains 0.3 Bcf. As with Charlton the $CO_2$ content of injected gas will be limited to an average of 1.25-1.5 mol. pct. by blending Antrim production gas with Great Lakes pipeline gas.

Winfield's 1998-1999 non-effective gas volume is 900 MMcf, within the range of values over the past nine cycles. Additional pressure stabilization reduces the non-effective volume to around 0.1 Bcf. Although the reservoir is slowly expanding in response to average annual pressures of 70-80 psi above discovery pressure, the gas is confined in the geologic structure and all the content is verifiable. Thus, the non-recoverable volume remains 0 Bcf at Winfield.

The 1997-1998 non-effective and non-recoverable (by both abandonment and pressure decline analyses) gas volumes for owned fields are listed in Table 1 which follows.

December 16, 1999

Confidential

**TC013458**



## TABLE 1
### 1999 STORAGE FIELD INVENTORY STATUS
### OWNED STORAGE FIELDS
### VOLUMES IN Bcf

| FIELD | 1980 KATZ REPORT | | | | 1998-1999 INVENTORY REPORT | | |
|---|---|---|---|---|---|---|---|
| | NON-EFFECTIVE GAS | NON-RECOVERABLE BY PDA | NON-RECOVERABLE BY AA | % PORE VOLUME OF ORIGINAL | NON-RECOVERABLE BY PDA | NON-RECOVERABLE BY AA | % PORE VOLUME OF ORIGINAL |
| CAPAC | 7.55 | 0 | 0 | 96 | 0 | 0 | 97 |
| C. CHARLTON | 0.55 | N/A | N/A | N/A | 0 | 0.3 | 66 |
| MUTTONVILLE | 0.24 | 0 | 0.1 | 100 | 0 | 0.1 | 93 |
| S. CHESTER | 0.52 | N/A | N/A | N/A | 0 | 0.3 | 99 |
| WINFIELD | 0.90 | 0 | 0 | 85 | 0 | 0 | 104 |

N/A: DATA NOT AVAILABLE FOR FIELDS DEVELOPED FOLLOWING KATZ REPORT.

Confidential

TC013459

TABLE OF CONTENTS

INTRODUCTION

CAPAC

TC013460

Confidential

TC013460



## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| INTRODUCTION - PURPOSE | 1 |
| GENERAL | 1 |
| TABLE 1: General Field Information | 2 |
| TABLE 2: Storage Field Statistical Data | 3 |
| TABLE 3: Gas Volume Transferred from Working to Base | 4 |
| DEFINITIONS | 5 |
| METHODOLOGY | |
| Non-Effective Gas Calculation | 6 |
| Non-Recoverable by Pressure-Decline Analysis | 7 |
| Non-Recoverable by Abandonment Analysis | 8 |
| GRAPHIC EXAMPLE OF PDA CALCULATION | 9 |
| INDIVIDUAL FIELD REPORTS | |

Summary Discussion
Gas Analysis History of Selected Wells
Initial Field Content, Base Gas, Working Gas Summary
Basic Field Information
Field Map with Observation Well Locations
Fall Shut-In Pressure Contour
Spring Shut-In Pressure Contour
Horner Pressure Analysis Graphs (where applicable)
Specific Gravity Contour Maps (where applicable)
Gas Ratio Contour Maps (where applicable)
Storage Field Activity for the Injection/Withdrawal Cycle
Historical Non-Effective Gas Volume Summary Table
Graphic Display of Pressure Decline Analysis (last 5 cycles)
Horner-Corrected Pressure/Volume Relationship (where applicable)
Horner-Corrected BHP/Z vs. Content (where applicable)
Average Key Well Above Discovery Graph
Cumulative History of Pound-Days Since Discovery Graph
Percent Pore Volume of Original Reservoir Graph
Observation Well Pressure History Graphs
Aquifer and Parma Observation Well Pressure Graphs

January 10, 2000

Confidential

**TC013461**

INTRODUCTION

CAPAC

CENTRAL CHARLTON



Confidential

TC013462

**INVENTORY REPORT**
**OF**
**ANR PIPELINE COMPANY**
**OWNED STORAGE FIELDS**
**(FALL 1998 - SPRING 1999)**

**INTRODUCTION - PURPOSE**

ANR Pipeline's Reservoir Engineering & Geology Department is charged with the responsibility of conducting an annual storage gas inventory study of the storage fields. The purpose of the study is to verify the stored gas volumes recorded on the Company books, and assess the impact of any changes made in the operation of the storage fields. The purpose of this report is to present the results of the inventory study for the 1998-1999 injection/withdrawal cycle.

**GENERAL**

As of January 13, 1999, ANR Pipeline transferred ownership of the Coldwater and Croton storage fields to Mid Michigan Gas Storage Company, abandoning the use of these two fields in interstate gas transportation and storage service. ANR Pipeline Company owns five storage fields, with a 1998 working gas capacity of 73.6 Bcf and a base gas volume of 26.96 Bcf. As of December 31, 1998, there were 217 active injection/withdrawal wells (including two saltwater disposal wells in Capac) and 20 observation wells. Table 1 lists the volume of base and working gas, discovery year, storage activation year, and the number of injection-withdrawal and observation wells for each owned storage field. A summary of storage field statistical data on Table 2 provides pertinent information on each field, including discovery pressure, initial reserves, base gas volumes, and reservoir depth and temperature.



Confidential

## INVENTORY REPORT - OWNED FIELDS - PAGE 2 of 2

At the end of the withdrawal period covered in this, the 1998-1999 Inventory Report, ANR Pipeline gas operations made adjustments to the working gas and base gas volumes in each field as per FERC certification. Table 3 illustrates the volume of working gas transferred to base gas and the new volume classification, by field, which will appear in future Inventory Reports, beginning with the 1999-2000 report. For these five fields, a total of 20.8 Bcf was transferred from working to base, and maximum working content was reduced to a total of 52.8 Bcf.

December 16, 1999

Confidential

**TC013464**

December 16, 1999



## TABLE 1

### ANR PIPELINE COMPANY OWNED STORAGE FIELDS
### GENERAL FIELD INFORMATION

| FIELD | DISCOVERY YEAR | STORAGE ACTIVATION YEAR | WELLS I/W | WELLS OBS | BASE GAS (Bcf) (b) | FALL 1995 WORKING GAS (Bcf) (a) | FALL 1996 WORKING GAS (Bcf) (a) | FALL 1997 WORKING GAS (Bcf) (a) | FALL 1998 WORKING GAS (Bcf) (a) | PRACTICAL STORAGE CAPACITY (Bcf) |
|---|---|---|---|---|---|---|---|---|---|---|
| Capac | 1961 | 1978 | 9(c) | 6 | 12.22 | 21.0 | 20.3 | 20.8 | 16.0 | 22.0 |
| C. Charlton | 1975 | 1982 | 17 | 1 | 2.31 | 15.4 | 15.6 | 10.8 | 11.1 | 11.1 |
| Muttonville | 1966 | 1976 | 7 | 1 | 2.66 | 16.8 | 16.3 | 16.5 | 16.8 | 16.8 |
| S. Chester | 1970 | 1980 | 7 | 2 | 2.07 | 6.4 | 5.7 | 6.3 | 6.7 | 7.4 |
| Winfield | 1935 | 1951 | 217 | 20 | 26.96 | 70.7 | 69.0 | 70.3 | 72.6 | 73.6 |

(a) Maximum working gas volume stored during storage cycle for individual field.

(b) Volumes reflect base gas down to estimated BHP/Z abandonment pressure for each field listed on Table 2.

(c) Includes two saltwater disposal wells.

Confidential

TC013465

December 16, 1999

## TABLE 2
## ANR PIPELINE COMPANY
## OWNED STORAGE FIELDS
## STORAGE FIELD STATISTICAL DATA



| FIELD | DISCOVERY WHP (psig) | DISCOVERY BHP (psia) | DISCOVERY BHP/2 (psia) | ABANDONMENT BHP/2 (psia) | TOTAL INITIAL GAS IN PLACE MMcf (@ 14.73) | BASE GAS BELOW ABANDONMENT PRESSURE MMcf | BASE GAS*** (MMcf) | AVERAGE RESERVOIR DEPTH (Ft.) | RESERVOIR TEMPERATURE (°F) |
|---|---|---|---|---|---|---|---|---|---|
| Capac | 1,324 | 1,530.0 | 1,900.5 | 230.5 | 32,749 | 3,973 | 12,220 | 4,600 | 89 |
| C. Chariton | 2,322.**/ 2,545 | 2,940.0 | 4,108.0 | 0.0 | 17,600 | 0 | 2,700 | 5,750 | 105 |
| Muttonville | 1,217 | 1,331.0 | 1,625.2 | 0.0 | 10,715 | 0 | 2,314 | 2,700 | 74 |
| S. Chester | 2,326.**/ 2,691 | 3,103.0 | 4,178.1 | 0.0 | 18,006 | 0 | 2,655 | 6,130 | 113 |
| Winfield | 446 | 475.0 | 514.0 | 66.9 | 11,196 | 1,455 | 7,074 | 1,120 | 61 |

*   Pressure estimated due to blow-out at discovery.
**  First number is equivalent discovery pressure using .576 gravity injection gas, second number is discovery pressure w/native fluid.
*** Base gas per company books.

Confidential

TC013462

**TABLE 3**

**GAS VOLUME TRANSFERRED FROM WORKING TO BASE,
AND REVISED TOTAL BASE GAS AND MAXIMUM WORKING GAS CONTENT**

| FIELD | VOLUME OF WORKING GAS TRANSFERRED TO BASE GAS (Bcf) | REVISED CONTENTS | | | MAXIMUM WORKING GAS (Bcf) |
|---|---|---|---|---|---|
| | | BASE GAS ABOVE ABANDONMENT PRESSURE (Bcf) | BASE GAS BELOW ABANDONMENT PRESSURE (Bcf) | TOTAL BASE GAS (1) (Bcf) | |
| Capac | 8.4 | 20.620 | 3.973 | 24.593 | 13.6 |
| C. Charlton | 3.9 | 6.600 | 0 | 6.600 | 12.4 |
| Muttonville | 2.9 | 5.214 | 0 | 5.214 | 8.2 |
| S. Chester | 4.0 | 6.655 | 0 | 6.655 | 12.8 |
| Winfield | 1.6 | 8.674 | 1.455 | 10.129 | 5.8 |
| **TOTAL** | **20.8** | **47.763** | **5.428** | **53.191** | **52.8** |

(1) Total Base Gas includes all base gas above and below abandonment pressure.

December 16, 1999

Confidential

**TC013467**

## DEFINITIONS

In this report, there are several terms used whose meanings are specific to these gas inventory studies. These terms identify portions of the booked gas volume which do not exhibit a pressure response in the reservoir during the semi-annual spring and fall shut-in periods. The terms and their definitions are as follows:

**Non-Effective Gas:** The volume of gas that does not exhibit a pressure response in the reservoir when a pressure decline analysis (PDA) is performed based on the fall and spring shut-in pressure data which, in general, are not indicative of fully stabilized reservoir conditions. This volume is further broken down into three sub-categories:

a) **Impounded Gas:** That portion of the non-effective gas which supports the storage cycle under stabilized pressure conditions, but it is not readily producible during the operating withdrawal cycle.

b) **Non-Recoverable (by AAI) Gas:** * That portion of the non-effective gas which supports the storage cycle under stabilized pressure conditions, but cannot be recovered economically upon field abandonment.

c) **Non-Recoverable (by PDA) Gas:** ** That portion of the non-effective gas which no longer supports the storage cycle under stabilized pressure conditions and cannot be recovered.

* Formerly referred to as non-recoverable gas, revised to reflect the methodology used in estimating the volume of gas.

** Formerly referred to as migrated gas, revised to reflect the methodology used in estimating this volume of gas.

December 16, 1999

Confidential

**TC013468**



## Non-Effective Gas Calculation

The volume of non-effective gas for an operating cycle is determined graphically by performing a pressure-decline analysis (PDA). The analysis involves measuring the volume of gas withdrawn from a storage field and well shut-in pressures before and after withdrawal takes place. After plotting the starting and ending field balances with the corresponding bottom hole pressures (corrected to amount for the departure from the ideal gas law), a straight line is drawn through the points and extrapolated to zero psia. This line is used to determine the non-effective gas volume for the operating cycle.

The pressure-decline analysis involves the following steps:

1) Individual wellhead pressures are recorded during the semi-annual field shut-in periods which take place every spring and fall. If inconsistencies are observed for individual pressures, estimates are made.

2) The wellhead pressures are converted to absolute by adding the barometric pressure (14.7 psi).

3) These pressures are converted to bottom hole pressures (BHP) by adding the weight of the gas column.

4) The compressibility factor (Z) is computed using the properties of the stored gas.

5) BHP/Z pressure values are calculated for each well.

6) The BHP/Z values are volumetrically weighted to obtain a weighted average field BHP/Z. The volume weighting factors are the product of the acreage assigned to each well and the net pay (gross pay, if net pay is unavailable) thickness of the gas bearing zone.



Confidential

**TC013469**

Non-Effective Gas Calculation - Page 2 OF 2

7)  The weighted average field pressures are evaluated through the semi-annual shut-in period to establish a stabilization trend.  The pressures build-up during the spring and decline during the fall.

8)  The final spring and fall BHP/Z pressure values are plotted vs. the total field content for those days.  A straight line is drawn through the points and extrapolated to zero psia.

9)  The non-effective gas volume is obtained by subtracting the unpurchased base gas volume from the total gas volume at the abandonment P/Z of the pressure decline curve of the injection/withdrawal cycle.

10) Pressure decline lines are plotted for the six most recent consecutive years of operation and are evaluated in terms of continuing or revising the operating mode to improve field performance.

December 16, 1999

Confidential

TC013470



## Non-Recoverable (by PDA) Gas Estimate

The pressure-decline analysis can not be directly applied to estimate the non-recoverable (PDA) gas volume because fully stabilized shut-in pressures are required for such calculations. Pressure stabilization does not usually occur in the storage fields within the scheduled shut-in periods, and longer shut-in periods generally can not be scheduled. Dr. Katz introduced, in 1981, the reservoir size (hydrocarbon pore volume) adjustment concept to directly estimate the volume of non-recoverable (by PDA) gas. This method utilizes the BHP/Z vs. total field content points obtained from the pressure-decline analysis and a reservoir size estimate to determine the non-recoverable (by PDA) gas.

The reservoir size (hydrocarbon pore volume) is the total reservoir volume which can be filled with hydrocarbons, either gas, oil, or both. In a gas storage field, the reservoir size may be larger or smaller than the initial reservoir size, depending upon the history of field operations. If the storage fields are operated at an annual average pressure above the discovery pressure, the reservoir size will tend to increase. If the annual average pressure is below discovery pressure, the reservoir size tends to decrease. These variations are caused by compression or decompression of pore fluids in the rock surrounding the storage reservoir.

Estimating the non-recoverable (by PDA) gas volume involves the following steps (refer to Chart 1):

1) The discovery pressure-decline curve is plotted.

2) The final spring (S) and fall (F) BHP/Z pressure values are plotted vs. the total field content at those dates. A line S-F is drawn through these points.



Non-Recoverable (by PDA) Gas Estimate - Page 2 OF 3

3) A reservoir size curve is drawn between the plotted spring and fall points to best represent the current reservoir size. As a rule of thumb, the reservoir size curve separates the pressure points to allow for twice as much spring pressure build-up as fall pressure decline (based on historical observation of reservoir pressure behavior).

4) Vertical lines are drawn through the spring and fall pressure points. The Delta BHP/Z between the pressure point and the reservoir size curve is recorded for fall and spring.

5) A comparison is made between the Delta BHP/Z's observed during the semi-annual field shut-in periods and those obtained above.

6) If comparison is good, then the estimate of the current reservoir size is considered correct and there is zero non-recoverable (by PDA) gas.

a) If excessive pressure stabilization (beyond observed psi/day changes) is required to produce agreement with the reservoir size curve, there is evidence that a portion of the book content may no longer support the storage cycle.

b) The S-F curve is shifted to the left until a smaller expanded reservoir size can be drawn between the pressure points to properly reflect the observed pressure stabilization.

c) The distance (volume on the X-axis) between the original S-F line and the shifted S-F line represents the non-recoverable (by PDA) gas volume.



Confidential

**TC013472**

TC013472

**Non-Recoverable (by PDA) Gas Estimate - Page 3 OF 3**

The procedure described above was performed for the storage fields in the early 1980's. While the procedure is not rigorously performed annually, the recent and current cycles (fall and spring P/Z and content) are reviewed and compared to those of the early 1980's. Based on the comparison of recent relationships of weighted average P/Z to total field content to those of the early 1980's, a recommendation is made to change or retain the "non-recoverable by PDA" volume.

Further supporting this annual review and judgment, observation wells on the outer edges of the storage fields are monitored to verify the location of stored gas. Neutron logging is reviewed to monitor potential gas movement to permeable zones above and below the storage formation. Bottom hole pressure surveys are utilized to directly determine bottom hole pressures. Gas analyses are run on observation wells to identify stored pipeline gas.

December 17, 1999



Confidential

**TC013473**

## Non-Recoverable (by AAI) Gas Calculation

Gas that is categorized as non-recoverable from an economic standpoint was determined by performing an abandonment analysis (AAI). An abandonment analysis consists of simulating continued gas withdrawals at declining flow rates using the deliverability data obtained during normal storage operations. At the start of the abandonment analysis, the booked content of gas is reduced by the estimated non-recoverable (by PDAI) gas volume. Throughout the abandonment process, the field may be alternately shut-in and produced to allow gas at the periphery to move to the heart of the field. This process is continued until production rates fall below a pre-determined economic limit. The volume of gas remaining in the reservoir is the non-recoverable (by AAI) gas. Messrs. Katz, Elenbaas, and Vary assumed an economic field rate of 800-1,000 Mcf/D as a basis for the abandonment studies performed in 1981.

December 16, 1999



Confidential

TC013474





Confidential

TC013475



Confidential

TC013476

# MUTTONVILLE

## EXECUTIVE SUMMARY

Muttonville gas storage field met all operating demands for 1998 and 1999. Due to the nature of the TransCanada contract storage service provided from Muttonville, traditional cycles are not available for inventory evaluation. Withdrawals of 2.9 Bcf from Muttonville occurred from December through July with withdrawal activity in each month except February and April. Injections of 6.4 Bcf occurred from May, 1998 through July, 1999 with only September, January, February and July not showing injection activity. After 1998 injections, the Muttonville storage field inventory has remained above 9.6 Bcf working gas and 1,390 psi keywell pressure throughout 1999. No spring, 1999 shut-in was completed.

Inventory volume is estimated using keywell pressure converted to bottom hole P/Z at various field contents during 1998 and 1999. Non-effective gas is calculated using the fall, 1998 maximum inventory and the minimum inventory reached in March, 1999. The material balance of keywell bottom hole P/Z versus inventory extrapolates to 0.238 Bcf, which is less than 2% of the maximum fall inventory. This non-effective gas volume is consistent with annual volumes determined throughout the historical operation of Muttonville.

## 1998-1999 STORAGE CYCLE

The Muttonville Gas Storage Field has been contracted to provide gas storage to TransCanada Pipeline. Storage injections and withdrawals now result from pipeline and compressor maintenance in addition to extreme weather conditions both summer and winter. Muttonville serves as a peaking field with injections and withdrawals occurring within each month as needed. Maximum field content was reached in the

Confidential

TC013477



## MUTTONVILLE - PAGE 2 OF 4

fall, 1998 at 11.1 Bcf and 1,540 psig keywell wellhead pressure. The lowest field content achieved during January-July, 1999 was 9.7 Bcf and 1,400 psig keywell wellhead pressure. Total injections for May and November were 4.5 Bcf. Total withdrawals for December, 1998 and March, 1999 were 1.4 Bcf.

The non-effective gas volume for the 1998-99 operating cycle is 238 MMcf, within the normal range for Muttonville and below the previous 22 year average non-effective gas of 392 MMcf. The field was shut-in for 4 days in the fall, 1998 and was not shut-in for spring, 1999 due to contractual obligations. The fall, 1998 gas characteristics were:  gravity = .582, $N_2$ = 1.55 mol. pct,  $CO_2$ = .78 mol. pct., $T_c$ = 348.6 °R, and $P_c$ = 669.1 psia (gas sample taken September 9, 1998).  On November 6, the weighted average pressure was 1,548.5 psig wellhead, 1,675.8 psia bottom hole and 2,061.5 psia BHP/Z, with a standard deviation of 2.0 psi from mean wellhead pressure.  Map 2 shows the final shut-in pressures for fall, 1998. Muttonville continued to have no injection or withdrawal for 50 days of field shut-in to December 21. On December 21, the Favver 1 keywell pressure was 1,540.9 psig wellhead, 1,667.6 psia bottom hole and 2,050.0 psia BHP/Z.  Map 3 shows the automated wellhead pressures on December 21 with all wells other than the Favver open to the header.

Spring, 1999 shut-in for Muttonville is a 21 day period of no activity from March 9 through March 30. On March 30, the Favver 1 keywell pressure was 1,397.0 psig wellhead, 1,511.7 psia bottom hole and 1,833.8 psia BHP/Z. The spring, 1999 gas characteristics were:  gravity = .583, $N_2$ = 1.57 mol. pct, $CO_2$ = .81 mol. pct., $T_c$ = 348.5 °R, and $P_c$ = 669.2 psia (gas sample taken December 9, 1998). Map 4

Confidential

TC013478

## MUTTONVILLE - PAGE 3 OF 4

shows the automated wellhead pressures on March 30 with all wells other than the Fawver 1 open to the header.

The non-effective gas volume calculation used for 1998-99 was compared to the past five withdrawal cycles using only the Fawver 1 pressure for each shut-in to calculate BHP/Z from keywell pressure. Table 1 lists the data and the calculated non-effective gas volumes for each cycle. The BHP/Z versus Content plot shows the past four cycles using weighted average BHP/Z rather than calculated BHP/Z from keywell pressure. A second plot also shows five shut-in data points from December 21 through August 31 when the field was idle for at least six days. These points confirm the 1998-1999 BHP/Z versus content relationship to past withdrawal cycles.

### TABLE 1

| DATE | BHP/Z PSIA | WORKING GAS MMcf | TOTAL CONTENT MMcf | NON-EFFECTIVE GAS MMcf | PRODUCTION PER POUND Mcf/psi |
|---|---|---|---|---|---|
| 10/28/93 | 2,071.9 | 11,121 | 13,435 | | 6,711 |
| 04/08/94 | 1,649.9 | 8,289 | 10,603 | -469 | 6,645 |
| 12/07/94 | 2,052.8 | 11,127 | 13,441 | -200 | 6,092 |
| 04/28/95 | 1,531.5 | 7,663 | 9,977 | | 6,578 |
| 12/07/95 | 2,045.7 | 11,114 | 13,428 | 965 | 6,533 |
| 03/21/96 | 941.5 | 4,387 | 6,701 | | 6,410 |
| 12/13/96 | 2,052.0 | 11,126 | 13,440 | -57 | |
| 05/21/97 | 1,291.4 | 6,123 | 8,437 | -32 | |
| 12/22/97 | 2,006.8 | 10,764 | 13,078 | 238 | |
| 05/01/98 | 1,372.6 | 6,621 | 8,935 | | |
| 12/21/98 | 2,050.0 | 11,064 | 13,378 | | |
| 03/30/99 | 1,833.8 | 9,678 | 11,992 | | |

Confidential

**TC013479**

TC013480

MUTTONVILLE - PAGE 4 OF 4

SUMMARY

Muttonville operations do not appear to have any direct impact outside the reservoir. Annulus pressure monitoring and casing inspection logs do not indicate any identifiable leaks from the Muttonville reservoir. The Muttonville 13 test well continues to show no annulus pressure. The Pilat #1-24 remains shut-in with no connection to a pipeline, which is not in compliance with the Michigan Department of Environmental Quality regulations. No additional bottom hole pressure tests on the Pilat became available in 1998-1999, but a copy of a gas analysis by Isotech Laboratories in 1997 was received through the Michigan Public Service Commission. The results of the analysis were similar to samples analyzed from 1994-1997.

CONCLUSION

All inventory is verified using average pressure techniques. Muttonville exhibits a consistent year to year operation. All booked gas volumes continue to be recoverable.

Base gas volume for Muttonville was increased by 2.9 Bcf from 2.314 Bcf to 5.214 Bcf on March 31, 1999. The pressure versus content plot (hysteresis loop) has been prepared using the revised base gas volumes.

December 7, 1999

Confidential

TC013480

## HISTORICAL GAS SAMPLE ANALYSIS - MUTTONVILLE STORAGE FIELD

| LOCATION | SAMPLE DATE | GRAVITY | % $N_2$ | % $CO_2$ | $C_1/C_2$ | $C_1/C_5$ |
|---|---|---|---|---|---|---|
| **Native Gas** | | | | | | |
| Fawver 1 | 10/67 | 0.651 | 2.38 | 0.21 | 18.2 | 39 |
| Kethe 1 | 02/68 | 0.641 | 2.15 | 0.11 | 18.7 | 39 |
| Fawver 2 | 02/68 | 0.638 | 2.51 | 0.08 | 19.3 | 41 |
| Kethe-Claggett 1 | 12/70 | 0.647 | 2.30 | 0.04 | 18.7 | 40 |
| **Withdrawal Gas** | 02/78 | 0.594 | 1.51 | 0.39 | 28.3 | 235 |
| | 02/81 | 0.579 | 1.99 | 0.37 | 51.3 | 477 |
| | 02/86 | 0.587 | 1.87 | 0.54 | 39.8 | 297 |
| | 03/87 | 0.577 | 1.36 | 0.49 | 56.4 | 563 |
| | 02/88 | 0.586 | 1.68 | 0.52 | 45.5 | 307 |
| | 02/89 | 0.582 | 1.60 | 0.56 | 50.0 | 384 |
| | 02/90 | 0.585 | 1.72 | 0.54 | 42.3 | 317 |
| | 01/91 | 0.586 | 1.98 | 0.68 | 40.1 | 327 |
| | 02/93 | 0.585 | 1.70 | 0.68 | 37.8 | 349 |
| | 02/94 | 0.588 | 1.64 | 0.78 | 37.8 | 299 |
| | 02/95 | 0.587 | 1.74 | 0.77 | 36.0 | 320 |
| | 02/96 | 0.590 | 1.67 | 0.73 | 36.3 | 255 |
| | 02/97 | 0.586 | 1.65 | 0.80 | 37.0 | 348 |
| | 03/98 | 0.586 | 1.71 | 0.77 | 37.3 | 416 |
| | 05/99 | 0.584 | 1.59 | 0.83 | 38.8 | 372 |
| **Injection Gas** | 07/86 | 0.575 | 1.58 | 0.48 | 61.4 | 852 |
| | 09/87 | 0.577 | 1.47 | 0.53 | 57.8 | 727 |
| | 09/88 | 0.578 | 1.65 | 0.49 | 57.6 | 519 |
| | 08/89 | 0.580 | 1.98 | 0.51 | 53.3 | 506 |
| | 09/90 | 0.585 | 1.93 | 0.64 | 38.1 | 451 |
| | 09/91 | 0.584 | 1.70 | 0.68 | 45.6 | 522 |
| | 09/92 | 0.582 | 1.70 | 0.70 | 42.1 | 500 |
| | 08/93 | 0.586 | 1.65 | 0.73 | 36.0 | 319 |
| | 07/94 | 0.588 | 1.74 | 0.76 | 34.8 | 306 |
| | 08/95 | 0.587 | 1.79 | 0.78 | 35.7 | 354 |
| | 09/96 | 0.585 | 1.70 | 0.79 | 37.4 | 452 |
| | 10/97 | 0.583 | 1.68 | 0.79 | 38.4 | 697 |
| | 06/98 | 0.583 | 1.66 | 0.79 | 36.5 | 730 |

June 22, 1999

Confidential

TC013481

## MUTTONVILLE FIELD

### INITIAL FIELD CONTENT; TOTAL PRODUCTION; NATIVE, INJECTED BASE AND TOTAL BASE GAS AND WORKING STORAGE CAPACITY

| VOLUMES IN Mcf | PRESSURE BASE 15.025 PSIA | PRESSURES ARE WELLHEAD, PSIG PRESSURE BASE 14.730 PSIA |
|---|---|---|
| 1. Initial Field Content | 10,505,000 | 10,715,100 |
| 2. Metered Production to 07/01/75 | 8,896,647 | 9,074,580 |
| 3. Native Gas Field Content 07/01/75 | 1,608,353 | 1,640,520 |
| 4. Less deliveries made to MichCon | (1,413,820) | (1,441,804) |
| 5. Adjusted Native Gas Field Content | 194,820 | 198,716 |
| 6. Injected Base Gas | 2,073,510 | 2,114,981 |
| 7. Total Base Gas 0-300 psig | 2,268,330 | 2,313,697 |
| 8. Working Storage Capacity 300-1,575 psig | | 11,100,000 |

1. Initial Field Content was determined from the pressure-production decline curve corrected for gas compressibility.

2. Metered Production to 07/01/75 is the sum of the metered production from each well from discovery to 07/01/75.

3. Native Gas Field Content on 07/01/75 is the subtraction of line 2 from line 1.

4. When the Muttonville field was acquired, Michigan Consolidated Gas Company had a call on the native gas in the field which they subsequently purchased from MW, who had acquired the gas from the producer and land owners.

5. The adjusted native gas field content is the subtraction of line 4 from line 3.

6. The injected base gas was determined from the pressure-production decline curve corrected for gas compressibility to attain 300 psig wellhead base pressure.

7. Total Base Gas is the summation of lines 5 and 6.

September 16, 1998

Confidential

TC013482

## MUTTONVILLE FIELD

### BASIC INFORMATION

| | |
|---|---|
| Discovery Date: | September 19, 1966 (Favver 1, PN 26437) NW NE SW 13-4n-14E |
| Converted to Storage: | 1975 |
| Discovery Pressure: | 1,217 psig wellhead 1,331 psia bottom hole 1,675.2 psia BHP/Z |
| Temperature: | 76° F bottom hole 55° F average annual surface |
| Average Pay Thickness: | 270' |
| Depths: | Traverse Limestones: 771' Dundee: 1,031' Bass Islands: 1,615' Brown Niagaran: 2,598' Mid Reef Datum: 2,700' Grey Niagaran: 2,868' |
| Initial Gas in Place to 0 psig: | 10,715,100 Mcf (Using Pressure Decline Analysis) |
| Original Pore Volume: | 100,104,500 FT³ |
| Total Production Prior to Storage: | 9,074,580 Mcf |
| Base Gas (from 0-300) psig: | 2,313,697 Mcf |
| Practical Working Gas Capacity: | 11,100,000 Mcf |
| Maximum Operating Wellhead Pressure: | 1,575 psig |
| Minimum Operating Wellhead Pressure: | 300 psig |
| Estimated Abandonment Pressure: | 0 psig |

Confidential

TC013483

TC013484

BASIC INFORMATION - MUTTONVILLE FIELD - PAGE 2 OF 2

Native Gas:

Specific Gravity   =   0.650
                      (Using 1967 Gas Sample)

mol. % $N_2$   =   2.30
mol. % $CO_2$   =   0.18

All Volumes Reported at 14.73 psia

December 8, 1999

Confidential

**TC013484**



Map 1

Confidential

TC013485



Map 2
Huttonville Storage Field
Wellhead Pressures
11-6-98

Confidential

TC013486



Map 3
Muttonville Storage Field
Wellhead Pressures
12-21-98

Confidential

**TC013487**



Map 4
Muttonville Storage Field
Wellhead Pressures
3-30-99

Confidential

TC013488

**FIELD: MUTTONVILLE**

| MONTH | INPUT (Mcf) | WITHDRAWAL (Mcf) | FIELD USE (Mcf) | NET INPUT (WITHDRAWAL) (Mcf) | CONTENT ABOVE BASE (Mcf) | KEY OBSERVATION WELL PRESSURE END OF MONTH (PSIG) | AVERAGE KEY OBSERVATION WELL PRESSURE PREVIOUS 12 MONTHS (PSIG) |
|---|---|---|---|---|---|---|---|
| **1998** | | | | | | | |
| April | 0 | 0 | 1,233 | (1,233) | 6,621,335 | 1,079 | 1,297 |
| May | 834,732 | 4,979 | 6,301 | 823,452 | 7,444,787 | 1,187 | 1,306 |
| June | 834,931 | 0 | 6,677 | 828,254 | 8,273,041 | 1,276 | 1,318 |
| July | 1,190,610 | 0 | 11,481 | 1,179,129 | 9,452,170 | 1,381 | 1,333 |
| August | 563,120 | 0 | 6,767 | 556,353 | 10,008,523 | 1,447 | 1,347 |
| September | 0 | 0 | 1,423 | (1,423) | 10,007,100 | 1,442 | 1,356 |
| October | 1,023,961 | 0 | 11,416 | 1,012,545 | 11,019,645 | 1,549 | 1,356 |
| November | 49,290 | 0 | 3,188 | 46,102 | 11,065,747 | 1,542 | 1,358 |
| December | 0 | 74,585 | 2,313 | (76,898) | 10,988,849 | 1,533 | 1,360 |
| **1999** | | | | | | | |
| January | 0 | 971,504 | 4,172 | (975,676) | 10,013,173 | 1,433 | 1,357 |
| February | 0 | 0 | 2,259 | (2,259) | 10,010,914 | 1,434 | 1,358 |
| March | 51,408 | 329,466 | 3,142 | (281,200) | 9,729,714 | 1,408 | 1,380 |
| April | 961,690 | 0 | 11,312 | 950,378 | 10,680,092 | 1,503 | 1,412 |
| May | 383,872 | 899,515 | 7,328 | (522,971) | 10,157,121 | 1,424 | 1,445 |
| June | 458,221 | 176,444 | 5,490 | 276,287 | 10,433,408 | 1,480 | 1,461 |

Discovery Pressure = 1,217 psig

July 28, 1999

TC013489

TC013490
Confidential
**TC013490**

# ANR PIPELINE COMPANY
## HISTORICAL NON-EFFECTIVE GAS VOLUME

*Muttonville Storage Field*



| END DATE | DAYS OF SHUT-IN | WELL HEAD PRESSURE (PSIG) WEIGHTED AVG | BOTTOM HOLE PRESSURE (PSIA) WEIGHTED AVG | P/Z (PSIA) | BOOK FIELD CONTENT (MMCF) | TOTAL FIELD CONTENT (MMCF) | NON-EFFECTIVE GAS VOLUME (MMCF) | PRODUCTION PER POUND (MCF/PSI) |
|---|---|---|---|---|---|---|---|---|
| 12/03/84 | 134 | 1,505.8 | 1,630.3 | 1,997.2 | 13,108 | 13,108 | | |
| 05/09/85 | 37 | 1,121.2 | 1,214.1 | 1,427.4 | 9,353 | 9,353 | -52 | 6.589 |
| 11/18/85 | 70 | 1,525.6 | 1,653.1 | 2,036.1 | 13,323 | 13,323 | | |
| 04/17/86 | 14 | 1,117.3 | 1,209.2 | 1,419.1 | 13,198 | 13,198 | -2 | 6.545 |
| 10/14/86 | 32 | 1,525.7 | 1,650.4 | 2,021.4 | 13,285 | 13,285 | | |
| 07/29/87 | 15 | 1,496.4 | 1,618.9 | 1,977.6 | 12,947 | 12,947 | 1,613 | 5.731 |
| 12/16/87 | 86 | 1,538.1 | 1,663.1 | 2,033.7 | 13,433 | 13,433 | | |
| 05/16/88 | 14 | 464.1 | 508.8 | 548.2 | 4,607 | 4,607 | 1,350 | 5.941 |
| 12/16/88 | 70 | 1,539.6 | 1,664.9 | 2,036.2 | 13,331 | 13,331 | | |
| 02/23/89 | 12 | 959.2 | 1,059.3 | 1,199.8 | 7,995 | 7,995 | 340 | 6.380 |
| 11/13/89 | 90 | 1,546.1 | 1,652.7 | 2,052.5 | 13,385 | 13,385 | | |
| 04/11/90 | 14 | 1,134.6 | 1,232.2 | 1,447.5 | 9,444 | 9,444 | 14 | 6.515 |
| 11/26/90 | 73 | 1,547.5 | 1,675.0 | 2,050.7 | 13,446 | 13,446 | | |
| 04/01/91 | 12 | 1,261.2 | 1,366.6 | 1,633.4 | 10,637 | 10,637 | -96 | 6.571 |
| 01/13/92 | 41 | 1,552.1 | 1,680.7 | 2,074.5 | 13,394 | 13,394 | | |
| 04/01/92 | 8 | 953.3 | 1,033.0 | 1,191.5 | 8,010 | 8,010 | 746 | 6.097 |
| 06/30/92 | 43 | 1,552.6 | 1,680.7 | 2,063.1 | 13,443 | 13,443 | | |
| 04/08/93 | 2 | 602.3 | 656.3 | 720.8 | 5,602 | 5,602 | 1,391 | 5.842 |
| 10/28/93 | 16 | 1,556.1 | 1,685.6 | 2,080.2 | 13,435 | 13,435 | | |
| 04/30/94 | 3 | 1,273.9 | 1,379.3 | 1,655.5 | 10,603 | 10,603 | -434 | 6.667 |
| 12/07/94 | 141 | 1,541.7 | 1,670.0 | 2,059.1 | 13,441 | 13,441 | | |
| 04/28/95 | 15 | 1,189.6 | 1,288.1 | 1,531.1 | 9,977 | 9,977 | -70 | 6.561 |
| 12/07/95 | 71 | 1,542.6 | 1,669.8 | 2,053.2 | 13,428 | 13,428 | | |
| 03/21/96 | 10 | 766.7 | 832.6 | 936.8 | 6,701 | 6,701 | 1,056 | 6.026 |
| 12/13/96 | 47 | 1,553.4 | 1,681.3 | 2,069.0 | 13,440 | 13,440 | | |
| 05/21/97 | 41 | 1,026.1 | 1,111.6 | 1,294.3 | 8,437 | 8,437 | 79 | 6.458 |
| 12/22/97 | 63 | 1,513.8 | 1,638.2 | 2,009.2 | 13,078 | 13,078 | | |
| 05/01/98 | 39 | 1,540.9 | 1,663.3 | 1,367.0 | 8,935 | 8,935 | 117 | 6.451 |
| 12/30/98 | 21 | 1,397.0 | 1,511.7 | 1,833.8 | 11,992 | 11,992 | 238 | 6.410 |



TC013491

**ANR PIPELINE COMPANY**
**HISTORICAL NON-EFFECTIVE GAS VOLUME**

***Muttonville Storage Field***

| SHUT-IN END DATE | DAYS OF SHUT-IN | WEIGHTED AVG WELL HEAD PRESSURE (PSIG) | WEIGHTED AVG BOTTOM HOLE PRESSURE (PSIA) | WEIGHTED AVG BOTTOM HOLE P/Z (PSIA) | BOOK FIELD CONTENT (MMCF) | TOTAL FIELD CONTENT (MMCF) | NON-EFFECTIVE GAS VOLUME (MMCF) | PRODUCTION PER POUND (MCF/PSI) |
|---|---|---|---|---|---|---|---|---|
| 05/25/84 | 15 | 1,131.3 | 1,232.4 | 1,468.6 | 9,374 | 9,374 | -142 | 6,480 |
| 11/01/83 | 70 | 1,510.5 | 1,646.5 | 2,048.1 | 13,129 | 13,129 | | |
| 05/24/83 | 29 | 1,091.5 | 1,189.3 | 1,409.6 | 9,093 | 9,093 | 148 | 6,346 |
| 12/03/82 | 50 | 1,519.1 | 1,655.9 | 2,061.4 | 13,229 | 13,229 | | |
| 03/26/82 | 13 | 1,055.8 | 1,150.4 | 1,356.8 | 8,584 | 8,584 | -226 | 6,493 |
| 10/16/81 | 16 | 1,517.4 | 1,654.0 | 2,058.8 | 13,142 | 13,142 | | |
| 05/01/81 | 3 | 1,120.6 | 1,220.9 | 1,452.8 | 9,317 | 9,317 | 344 | 6,177 |
| 10/23/80 | 52 | 1,524.0 | 1,661.2 | 2,069.0 | 13,123 | 13,123 | | |
| 04/03/80 | 7 | 590.0 | 646.4 | 710.6 | 5,099 | 5,099 | 866 | 5,956 |
| 11/09/79 | 20 | 1,522.2 | 1,659.2 | 2,066.3 | 13,174 | 13,174 | | |
| 04/09/79 | 4 | 319.4 | 356.1 | 375.1 | 3,311 | 3,311 | 1,126 | 5,825 |
| 09/22/78 | 51 | 1,513.1 | 1,649.3 | 2,052.1 | 13,080 | 13,080 | | |
| 04/07/78 | 6 | 339.9 | 378.0 | 399.5 | 3,240 | 3,240 | 852 | 5,979 |
| 10/14/77 | 5 | 1,523.4 | 1,660.6 | 2,068.3 | 13,217 | 13,217 | | |
| 04/16/77 | 51 | 1,014.7 | 1,105.8 | 1,296.7 | 8,145 | 8,145 | -394 | 6,585 |
| 11/12/76 | 44 | 1,520.6 | 1,657.0 | 2,063.0 | 13,191 | 13,191 | | |

Confidential

MUTTONVILLE STORAGE FIELD

BHP/Z vs CONTENT

Confidential

TC013492

TC013463



CONTENT — TOTAL GAS (BCF)

Abandonment P/Z = 0.0 psi

1998–1999

Discovery

BHP / Z — PSIA

BHP/Z vs CONTENT

MUTTONVILLE STORAGE FIELD



Confidential

**TC013493**



MUTTONVILLE STORAGE FIELD

AVERAGE KEYWELL ABOVE DISCOVERY

Confidential

**TC013494**



MUTTONVILLE STORAGE FIELD

CUMULATIVE HISTORY OF POUND-DAYS

Confidential

TC013495



MOTIONVILLE STORAGE FIELD
PORE VOLUME RATIO — SHUT IN VS ORIGINAL



TC013496



MOULTONVILLE STORAGE FIELD
FAWVER 1 KEYWELL PRESSURE
DISCOVERY PRESSURE = 1217 PSIG

Confidential

TC013497



MUTTONVILLE STORAGE FIELD
PRESSURE vs. CONTENT

Confidential

TC013498